TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK

2015 DEC 14 PM 2:35

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

MATSUMOTO, J.
LEVY, M.J.

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

********************************

UNITED STATES

-v.-

MARTIN SHKRELI & EVAN GREEBEL

********************************

CR 15-637

Docket Number

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Winston Paes, AUSA
Firm Name: _____
Address: _____

Phone Number: 718-254-6023
E-Mail Address: _____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED: Brooklyn , NEW YORK

_Robert Levy_
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE _____
DATE

MANDATORY CERTIFICATION OF SERVICE:
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____; or C.) ___ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

12/14/15
DATE

_signature_
SIGNATURE