UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

MARTIN SHKRELI and
EVAN GREEBEL,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING  ORDER

15 CR 637 (KAM)

EASTERN DISTRICT OF NEW YORK, SS:

           Upon the application of ROBERT L. CAPERS, United States Attorney for the

Eastern District of New York, by Assistant United States Attorney Winston M. Paes, for an order

unsealing the indictment in the above-captioned case.

           WHEREFORE, it is ordered that the indictment in the above-captioned matter be

unsealed.

Dated:  Brooklyn, New York
         December 17, 2015

                       S/ Robert M. Levy
                       THE HONORABLE ROBERT M. LEVY
                       UNITED STATES MAGISTRATE JUDGE
                       EASTERN DISTRICT OF NEW YORK