UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

- against -

MARTIN SHKRELI and
EVAN GREEBEL,

              Defendants.

– – – – – – – – – – – – – – – – X

<u>NOTICE OF APPEARANCE</u>

15-CR-00637 (KAM)

<u>NOTICE OF APPEARANCE</u>

       PLEASE TAKE NOTICE that Assistant United States Attorney Alixandra E. Smith from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Alixandra E. Smith
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East, 5th Floor
       Brooklyn, New York 11201
       Tel: (718) 254-6370
       Fax: (718) 254-7499
       Email: alixandra.smith@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Alixandra E. Smith at the email address set forth above.

Dated: Brooklyn, New York
December 17, 2015

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By: /s/ Alixandra E. Smith
Alixandra E. Smith
Assistant U.S. Attorney

cc: Clerk of the Court (KAM)