# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | NOTICE OF APPEARANCE |
| -v- | Docket Number: 15-637 |
| _EVAN GREEBEL_ <br> Defendant. | Judge: Matsumoto, J <br> Date: 12/17/15 |

PLEASE NOTICE, that I have been RETAINED by _Evan Greebel_ for purposes of arraignment only the above named defendant. I was admitted to practice in this district on _approx 1988_.

Signature: _[signature]_

Print Name: _Jonathan S Sack + Benjamin Fischer_

Bar Code: _JSS-3211 / BSF-0142_

Office Address: _565 5th Avenue_
_NY, NY 10017_

Telephone #: _(212) 856-9600_

*** NOTICE TO ATTORNEY***

   **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.