# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO***
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTi
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK***
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

(212) 880-9410
jsack@maglaw.com

COUNSEL
JASMINE JUTEAU
BARBARA MOSES*

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN CALIFORNIA AND
WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN WASHINGTON, D.C.

December 21, 2015

U.S. District Judge Kiyo Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Evan Greebel, 15 CR 637 (KAM)

Dear Judge Matsumoto:

This letter is submitted on behalf of our client, Evan Greebel, who was arrested at his home at 6:00 a.m. this past Thursday morning, December 17, 2015.  He is charged in a single count, conspiracy to commit wire fraud, in a seven-count indictment against him and co-defendant, Martin Shkreli.  I write to request permission for Mr. Greebel to travel to Cancun, Mexico on December 23, 2015 for a long-planned vacation with his family.  The government and Pre-trial Services have advised us that they take no position on the request, as described more fully below.

On the day of his arrest, Mr. Greebel was released on a $1 million bond co-signed by his wife and mother and secured by his home in Scarsdale, New York, where he lives with his wife and three young children, one of whom is an infant.  As a standard condition of release, his travel was restricted to the Eastern and Southern Districts of New York.  Pre-trial Services is in the process of arranging Mr. Greebel's supervision in the Southern District of New York, where he lives.

Mr. Greebel, 42 years of age, was born and raised in greater New York and is a corporate partner at Kaye Scholer LLP, and before that was an associate and partner at Katten Muchin Rosenman LLP.   He has had a distinguished legal career and an unblemished record as an attorney and individual – until the present indictment.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

U.S. District Judge Kiyo Matsumoto
December 31, 2015
Page 2


Mr. Greebel has been married to his wife Jodi for over eight years and has three children, ages 6, 3 and five months.  Mr. Greebel's parents, siblings, in-laws and extended family live in New York City and surrounding suburbs.  He and his wife bought a home in Scarsdale in 2014 and now live there with their three young children.  The Greebels have substantial equity in their home.

The present trip to Cancun was planned and booked this past Spring.  Mr. Greebel and his family are supposed to travel with their children, mother-in-law and father-in-law and another close relative.  A group of eight individuals in total are scheduled to leave on December 23 and return to New York on January 2.

We have advised the assigned prosecutors, AUSAs Winston Paes and Alixandra Smith, of the planned trip, and the government has advised us that it will take no position on the present request – so long as a confession of judgment on the Greebel's home in Scarsdale is satisfactorily filed prior to his departure for Mexico.  We are presently taking the necessary steps to file the documentation and will provide confirmation to the government prior to Mr. Greebel's departure.  Mr. Robert Long of Pre-Trial Services (PTS) has advised us that PTS as well takes no position on the request.

We ask that Mr. Greebel be allowed to travel to Mexico with his family for two reasons chiefly.  First, he is not a risk of flight in view of his long-standing personal, professional and familial ties to the area.  Mr. Greebel has every reason to return to address the present case and not become a fugitive.  Second, Mr. Greebel above all wishes to preserve as great a sense of normalcy as possible for his young children.  We believe allowing Mr. Greebel to travel with his family now would be reasonable and appropriate under the circumstances.

We would be glad to address any concerns the Court has in connection with this request, and we appreciate consideration of our request on such short notice.

Respectfully submitted,

Jonathan S. Sack

JSS:tz

cc:    Clerk of the Court
       AUSA Winston Paes, AUSA Alixandra Smith
       Mr. Robert Long (Pre-trial Services, EDNY)