

U.S. Department of Justice

United States Attorney
Eastern District of New York

WMP/AES
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

December 22, 2015

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Martin Shkreli, Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

On December 17, 2015, defendant Martin Shkreli was released on a $5 million bond in the above-captioned matter. (See Docket No. 7). That bond was to be secured by a lien on assets in a form approved by the United States Attorney's Office for the Eastern District of New York ("EDNY") that was to be duly filed on or before December 28, 2015. (Id.). Defendant Shkreli has requested an extension of that deadline to January 8, 2016, in order determine the specific assets that will be subject to the lien. The government consents to this request, and respectfully requests that the Court modify defendant Shkreli's bond to reflect the new deadline of January 8, 2016.

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By: /s/ Alixandra Smith
Winston Paes
Alixandra Smith
Assistant U.S. Attorneys
(718) 254-6023/6370

cc: All counsel (via ECF)