UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>MARTIN SHKRELI and EVAN GREEBEL,<br><br>Defendants. | Case No. 1:15-cr-00637 (KAM)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Marcus A. Asner hereby respectfully appears on behalf of Defendant Martin Shkreli in the above-referenced case, certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this case be served on the undersigned at the address below.

Dated: New York, New York
December 29, 2015

By: /s/Marcus A. Asner
Marcus A. Asner
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690
Telephone: 212.715.1000
Fax: 212.715.1399
marcus.asner@aporter.com