

U.S. Department of Justice

United States Attorney
Eastern District of New York

WMP/AES
F. #2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

January 24, 2016

**By ECF**

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Martin Shkreli
Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

The government respectfully submits this letter in response to the defendant's letter, dated January 22, 2016, notifying the Court that the defendant received a subpoena from the United States House of Representatives' Committee on Oversight and Government Reform (the "House Committee") that requires him to testify at a hearing in Washington, D.C. on January 26, 2016. In his letter, the defendant states that he informed the House Committee that he "is forbidden from leaving the Eastern and Southern Districts of New York under the conditions of his bail, as ordered by Magistrate Judge Robert M. Levy on December 17, 2015," and seeks the Court's guidance on whether he can be permitted to travel to Washington. Pursuant to the Court's request, the government writes to notify the Court that the government does not object to the defendant traveling to Washington, D.C. to comply with the House Committee's subpoena.

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney
Eastern District of New York

By: /s/
Winston M. Paes
Alixandra E. Smith
Assistant U.S. Attorneys
(718) 254-6023 (Paes)

Cc: Clerk of the Court (KAM) (By ECF)
Defense Counsel (By ECF and Email)