# ARNOLD & PORTER LLP

**Baruch Weiss**
Baruch.Weiss@aporter.com

+1 202.942.6819
+1 202.942.5999 Fax

601 Massachusetts Ave., NW
Washington, DC 20001-3743

January 25, 2016

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Martin Shkreli.*, No. 1:2015-cr-00637

Dear Judge Matsumoto:

We are writing to inform you that, yesterday, January 24, 2016, we received an email from the House of Representatives Committee on Oversight and Government Reform staff stating that in light of the weather, the hearing before the Committee was postponed to February 4, 2016 at 9am.

We are available to discuss at your convenience.

    Respectfully Submitted,

    ARNOLD & PORTER LLP


    */s/ Baruch Weiss*

    Baruch Weiss
    Marcus A. Asner


cc:    Winston Paes and Alixandra Smith (*Assistant United States Attorneys*)