UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> -against-<br><br>MARTIN SHKRELI and EVAN GREEBEL,<br><br>    Defendants. | No. 15-cr-00637 (KAM)<br><br>ECF Case |

### NOTICE OF CHANGE

*To the Clerk of Court and all parties of record:*

  PLEASE TAKE NOTICE that the contact information for Jonathan S. Sack, counsel on record for Evan Greebel in the current case, should be amended as follows:

  Jonathan S. Sack
  Morvillo Abramowitz Grand Iason & Anello P.C.
  565 Fifth Avenue
  New York, New York 10017
  (212) 856-9600 (phone)
  (212) 856-9494 (fax)
  jsack@maglaw.com

  Additionally, all future papers and ECF notifications should be sent to Jonathan S. Sack at the email address stated above.

Dated: January 26, 2016
    New York, New York

                MORVILLO ABRAMOWITZ GRAND
                 IASON & ANELLO P.C.

                s/ Jonathan S. Sack_____
                Jonathan S. Sack
                565 Fifth Avenue
                New York, New York 10017
                (212) 856-9600 (phone)
                (212) 856-9494 (fax)
                jsack@maglaw.com