UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>MARTIN SHKRELI and EVAN GREEBEL,<br><br>Defendants. | Case No. 15-cr-00637 (KAM)<br><br>ECF Case |

### NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Marcus A. Asner, Marcus A. Asner and Baruch Weiss of Arnold & Porter LLP hereby respectfully request permission to withdraw their appearances in the above-captioned case on behalf of Defendant Martin Shkreli, pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4.  Mr. Shkreli has engaged new counsel, who have entered appearances in the case, and no delay in the progress of this case should result from this withdrawal.  The case currently is scheduled for a status conference before the Court on February 3, 2016.  We are not asserting a retaining or charging lien in this case.

Dated:  February 2, 2016
        New York, New York

Respectfully Submitted,

ARNOLD & PORTER LLP

By:     */s/ Marcus A. Asner*
        Marcus A. Asner
        Arnold & Porter LLP
        399 Park Avenue
        New York, New York  10022
        Telephone:  (212) 715-1000
        Facsimile:  (212) 715-1399
        marcus.asner@aporter.com

2

-and-

Baruch Weiss
601 Massachusetts Avenue, NW
Washington, DC  20001
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999
baruch.weiss@aporter.com

*Attorneys for Defendant Martin Shkreli*