UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                      Plaintiffs,

        v.

MARTIN SHKRELI and EVAN GREEBEL,

                 Defendants.

No. 15-cr-00637 (KAM)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Reed Brodsky of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel for Defendant Evan Greebel and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant Evan Greebel.  The undersigned is a member of this Court in good standing.


Dated: New York, New York
       February 8, 2016

                        GIBSON, DUNN & CRUTCHER LLP

                        By:  s/ Reed Brodsky
                            Reed Brodsky

                        200 Park Avenue, 48th Floor
                        New York, New York 10166-0193
                        Telephone:  (212) 351-4000
                        Facsimile:  (212) 351-4035
                        RBrodsky@gibsondunn.com

                        *Attorneys for Defendant Evan Greebel*