UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

   - against -                                             15-CR-637 (KAM)

MARTIN SHKRELI and
EVAN GREEBEL,

              Defendants.

– – – – – – – – – – – – – – – – –X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Jacquelyn M. Kasulis from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Jacquelyn M. Kasulis
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 5th Floor
    Brooklyn, New York 11201
    Tel:  (718) 254-6103
    Fax: (718) 254-7499
    Email: jacquelyn.kasulis@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Jacquelyn M. Kasulis at the email address set forth above.

Dated: Brooklyn, New York
February 11, 2016

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By: /s/ Jacquelyn M. Kasulis
Jacquelyn M. Kasulis
Assistant U.S. Attorney

cc: Clerk of the Court (KAM)