

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WMP/JK/AES                              *271 Cadman Plaza East*
F. #2014R00501                          *Brooklyn, New York 11201*

March 25, 2016

By ECF and FedEx

Benjamin Brafman, Esq.
Marc Agnifilo, Esq.
Andrea Zellan, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017

> Re:   United States v. Martin Shkreli, et al.
>       Criminal Docket No. 15-637 (KAM)

Dear Counsel:

In accordance with Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter.  This disclosure supplements the government's earlier disclosure under cover of letters dated December 22, 2015 and January 15, 2016.  In addition, this disclosure is governed by the stipulation entered into between the government and defendant Martin Shkreli on March 18, 2016, and so ordered by the Court on March 25, 2016.[1]  The government again requests reciprocal discovery from the defendant.

Enclosed please find a thumb drive[2] that contains copies of the following materials:

---

[1] The discovery materials described herein were previously provided to defendant Evan Greebel on March 16, 2016.  See Docket No. 45.

[2] Once you have downloaded the discovery from the thumb drive, please return the drive to our office so that we can re-use it for the next production; we can only provide one thumb drive per defendant.  Alternatively, you may provide us with a thumb drive or external hard drive that we can use for future productions.

| Description | Bates Range |
|---|---|
| Exhibits to and Indices for Affidavit in Support of <u>Ex Parte</u> Request for <u>In Camera</u> Review, filed in <u>In re Grand Jury Investigation</u>, 15-MC-2227 (JBW), at Docket No. 10 | These redacted documents have been produced in PDF form and are contained in a folder titled "USAO-EDNY."  The documents are identified by "RP" or "KMR_RTRX" Bates number as well as by tab number; indices have been provided to identify the paragraph(s) in the affidavit where each document is located. These documents were originally received by the government from Retrophin, Inc.[3] |
| Records received from Retrophin, Inc. | R023546 to R024565 |
| Records received from individual DB[4] | C***000001 to C***000777 |
| Records received from individual SB | SHB000001 to SHB000181 |
| Records received from individual AG | AG000001 to AG001108 |
| Records received from individual DG | DG-000000001 to DG-000000097 |
| Records received from individual FH | FH-EDNY00000001 to FH-EDNY00000012 |
| Records received from individual SH | SH-EDNY 00000001 to SH-EDNY 00002101 |
| Records received from individual RJ | RJ-00001 to RJ-00151 |
| Records received from individual JN | JN 0619 to JN 0620 |
| Records received from individual TP | P*******000001 to P*******000266 |
| Records received from individual SR | SR000001 to SR006727 |
| Records received from individual SR | R********0000001 to R********0000104 |

---

[3] Please note that the unredacted versions of these documents were previously produced as part of the January 15, 2016 discovery production, and can be found at the Bates range R023130-R023534.

[4] To protect the privacy of individuals who have produced records, the government references these individuals by their initials only; in addition, to the extent that the Bates prefix reveals the identity of an individual, portions of the prefix have been replaced here with asterisks (**).  The identity of these individuals is readily apparent from the records enclosed herein; however, should the defendants have any questions about the identity of these individuals, the government will provide that information under separate cover.

| Description | Bates Range |
|---|---|
| Records received from individual LR | LR00000001 to LR00004932 |
| Records received from individual BS | BS_00000001 to BS_00003422 |
| Records received from individual CS | S******000001 to S******000129 |
| Records received from individual ES | S*******DOJ00001 to S*******DOJ 01823 |
| Records received from individual JS | SU000001 to SU000523 |
| Records received from Apex Clearing | APEX-000001 to APEX-001834 |
| Records received from Fidelity | Fidelity-000001 to Fidelity-000422 |
| Records received from Interactive Brokers | Interactive-000001 to Interactive-003002 |
| Records received from RBC | RBC-000001 to RBC-000551 |
| Records received from Scottrade | Scottrade-000001 to Scottrade-001688 |
| Records received from UBS | UBS-000001 to UBS-001181 |
| Records received from Citrin Cooperman | CITRON313897 to CITRON2649670 |
| Records received from Experian | Experian-000001 to Experian-000022 |
| Records received from Go Daddy | GD 000001 to GD 000570 |

       In addition, enclosed please copies of the following materials received by the United States Attorney's Office from the United States Securities and Exchange Commission ("SEC"):

| Description | Bates Range |
|---|---|
| Records received from individual JN | SEC-N****-P-0000010 to SEC-N****-P-0000618 |

Please also note that the thumb drive is encrypted, and that the password for the drive will be provided via email.  If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

ROBERT L. CAPERS
United States Attorney


By:   /s/ Alixandra Smith
Winston Paes
Jacquelyn Kasulis
Alixandra Smith
Assistant U.S. Attorneys
(718) 254-7000


Enclosure

cc:   Clerk of the Court (KAM) (by ECF) (w/o enclosures)

4