## BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

**BENJAMIN BRAFMAN**

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

May 2, 2016

**VIA ECF**
**PERSONAL & CONFIDENTIAL**
Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

### RE: UNITED STATES v. MARTIN SHKRELI
### No. 15 Cr 00637 (KAM)

Dear Judge Matsumoto:

As your Honor is aware, we represent MARTIN SHKRELI in connection with the pending indictment.

We write to respectfully advise the Court that counsel for Mr. Shkreli does not intend to ask this Court to reconsider the decision of the Honorable Jack B. Weinstein on the issue of the attorney client relationship between Mr. Shkreli and his co-defendant EVAN GREEBEL as it relates to the charges in this case. We do not accept Judge Weinstein's conclusion that the "crime/fraud" exception applies in this matter. Our position, however, will permit counsel to pursue a "reliance of counsel defense" should we deem it appropriate at trial.

Thank you for the courtesy extended to counsel.

Respectfully,

Benjamin Brafman

cc: AUSA Winston M. Paes, via email: winston.paes@usdoj.gov
Reed M. Brodsky, via email: rbrodsky@gibsondunn.com
Joel M. Cohen, via email: jcohen@gibsondunn.com