UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARTIN SHKRELI and EVAN GREEBEL,

        Defendants.
------------------------------------x

**ORDER**

No. 15-cr-00637 (KAM)

The motion of Winston Y. Chan, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California and that his contact information is as follows:

    Winston Y. Chan
    GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
    San Francisco, California 94105-0921
    Telephone: 415.393.8200
    Facsimile: 415.393.8306
    wchan@gibsondunn.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Evan Greebel in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 3, 2016
New York, New York

                                                 _____