UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :

UNITED STATES OF AMERICA,                :

        Plaintiffs,                :

                                                      :     No. 15-cr-00637 (KAM)

       v.                         :

MARTIN SHKRELI and EVAN GREEBEL,   :

       Defendants.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Winston Y. Chan of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel for Defendant Evan Greebel and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Defendant Evan Greebel.  The undersigned has been admitted *pro hac vice* to this Court and is in good standing.

Dated:  New York, New York
         May 3, 2016

                                                        GIBSON, DUNN & CRUTCHER LLP

                                                        By:  *s/ Winston Y. Chan*
                                                               Winston Y. Chan

                                                        555 Mission Street, Suite 3000
                                                        San Francisco, California 94105-0921
                                                        Telephone:  415.393.8200
                                                        Facsimile:  415.393.8306
                                                        wchan@gibsondunn.com

                                                        *Attorney for Defendant Evan Greebel*