## CRIMINAL CAUSE FOR ARRAIGNMENT ON THE SUPERSEDING INDICTMENT

BEFORE **U.S.D.J. MATSUMOTO**      DATE: 6/6/2016          TIME: 12:45p.m.- 1:10p.m.

DOCKET NUMBER: **15CR 637 [KAM]**

DEFENDANT'S NAME: **Martin Shkreli (dob)  Present**

DEFENSE COUNSEL: **Benjamin Brafman,  Andrea L. Zellan  and Marc Agnifilo (R)** Present

DEFENDANT'S NAME: **Evan Greebel (dob) Present**

DEFENSE COUNSEL: **Joel Cohen,  Jonathan S. Sack  (R)** -Present

A.U.S.As: **Winston Paes, Jacquline Kasulis & Alixandra Smith**

CASE MANAGER: **Sandra Jackson**        FTR/ COURT REPORTER: **Georgette Betts**

✔️_Case Called           ✔️_ Status Conference held as to both defendants.

__ Defendant was released on_____ PRB with/without some conditions.

__ Defendant was advised of bond conditions by the Court and signed the bond.

__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

__ At this time, defense counsel states on the record that defendant  does not have a bail application/package. **Order of Detention Entered**  with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✔️_  Order of Excludable Delay entered as to defendant.

✔️_  Code Type__XC__  Start 6/6/2016   Stop 7/14/2016 as to both defendants.

___  Order of Speedy Trial entered.  Code Type___  Start_____ Stop_____

✔️_ Both defendants first appearance on the superseding indictment.

✔️_ Both defendants arraigned on the superseding indictment

✔️_ Both defendants informed of rights.

✔️_ Both defendants requested reading of the superseding indictment.

✔️_ Both defendants entered **NOT GUILTY PLEA** to All Counts of the superseding indictment

 The defendants requested additional time to review the new charges in the superseding indictment with their respective clients until the next status conference. The court ordered the parties to appear for another status conference on 7/14/16 at 1:00p.m. at that time a motion schedule and a trial date will be discussed and scheduled.