

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WMP/JK/AES
F. #2014R00501

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 15, 2016

By ECF and FedEx

| | |
|---|---|
| Benjamin Brafman, Esq. | Joel Cohen, Esq. |
| Marc Agnifilo, Esq. | Reed Brodsky, Esq. |
| Andrea Zellan, Esq. | Lisa Rubin, Esq. |
| Brafman & Associates, P.C. | Gibson Dunn |
| 767 Third Avenue, 26th Floor | 200 Park Avenue |
| New York, New York 10017 | New York, NY 10166-0193 |

    Re:  United States v. Martin Shkreli, et al.
        Criminal Docket No. 15-637 (KAM)

Dear Counsel:

    In accordance with Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter.  This disclosure supplements the government's earlier disclosure under cover of letters dated December 22, 2015, January 15, 2016, March 16, 2016 (Greebel), March 25, 2016 (Shkreli), April 28, 2016 and June 2, 2016.  In addition, this disclosure is governed by the stipulations so ordered by the Court between the government and defendants (filed as Dkt. Nos. 44 and 47). The government again requests reciprocal discovery from the defendants.

    Enclosed please find a DVD that contains copies of materials received from Katten Muchin Rosenmann LLP ("Katten"), which have been Bates stamped GR_0000787-GR_0004484.  These materials are being provided to you in the format in which they were received by the government.

      Please also note that the DVD is encrypted, and that the password will be provided via email. If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

                                  Very truly yours,

                                  ROBERT L. CAPERS
                                United States Attorney

By:   /s/ Alixandra Smith
           Winston Paes
           Jacquelyn Kasulis
           Alixandra Smith
           Assistant U.S. Attorneys
           (718) 254-7000

Enclosure

cc:    Clerk of the Court (KAM) (by ECF) (w/o enclosures)