

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WMP/JMK/AES
F. #2014R00501

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 19, 2016

<u>By Email and ECF</u>

Benjamin Brafman, Esq.
Marc Agnifilo, Esq.
Andrea Zellan, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017

Joel Cohen, Esq.
Reed Brodsky, Esq.
Lisa Rubin, Esq.
Gibson Dunn
200 Park Avenue
New York, NY 10166-0193

   Re: United States v. Martin Shkreli, <u>et al</u>.
      <u>Criminal Docket No. 15-637 (KAM)</u>

Dear Counsel:

   In accordance with Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosure under cover of letters dated December 22, 2015, January 15, 2016, March 16, 2016 (Greebel), March 25, 2016 (Shkreli), April 28, 2016, June 2, 2016 and June 15, 2016. In addition, this disclosure is governed by (1) the stipulations so ordered by the Court between the government and defendants (filed as Dkt. Nos. 44 and 47), and (2) email agreements entered into between the government and the defendants (on July 18, 2016 for defendant Greebel and July 19, 2016 for defendant Shkreli) that specifically address the temporary provision of the below-listed materials in advance of a final protective order governing these materials.

   The government is making available for immediate pick-up from the Brooklyn office of the United States Attorney's Office for the Eastern District of New York the following materials: (1) a laptop computer containing materials provided by Marcum LLP, and (2) a DVD containing documents that have been Bates numbered Marcum Retrophin EDNY_00016196-34018. These materials are being provided to you in the format in which they were received by

2

the government. In addition, these materials are encrypted; the government will provide passwords under separate cover.

                Very truly yours,

                ROBERT L. CAPERS
                United States Attorney

By:   /s/ Alixandra Smith
                Winston Paes
                Jacquelyn Kasulis
                Alixandra Smith
                Assistant U.S. Attorneys
                (718) 254-7000

cc:     The Honorable Kiyo A. Matsumoto (via ECF)