# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Lisa H. Rubin
Direct: +1 212.351.2390
Fax: +1 212.716.0790
LRubin@gibsondunn.com

July 21, 2016

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Shkreli* et al., 15 Cr. 637 (E.D.N.Y.)

Dear Judge Matsumoto:

I write on behalf of Evan Greebel. We request that Mr. Greebel be permitted to travel to the Northern District of New York on July 25, 2016 through July 27, 2016 for family reasons. We have been in communication with pretrial services and the government about our request, and neither has any objections.

We thank the Court for its attention to this issue.

Respectfully submitted,

Lisa H. Rubin