UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

   - against -                                Case No. 15-CR-00637 (KAM)

MARTIN SHKRELI and
EVAN GREEBEL,

               Defendants.

– – – – – – – – – – – – – – – – – –X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney G. Karthik Srinivasan from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney G. Karthik Srinivasan
      United States Attorney's Office (Criminal Division)
      271 Cadman Plaza East, 4th Floor
      Brooklyn, New York 11201
      Tel: (718) 254-6013
      Fax: (718) 254-6076
      Email: Karthik.Srinivasan@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney G. Karthik Srinivasan at the email address set forth above.

Dated: Brooklyn, New York
August 17, 2016

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By:   /s/ G. Karthik Srinivasan
G. Karthik Srinivasan
Assistant U.S. Attorney

cc: Clerk of the Court (KAM)