UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MARTIN SHKRELI and EVAN GREEBEL,<br><br>*Defendants*. | ECF Case<br><br>No. 15-cr-00637<br><br>**ORAL ARGUMENT REQUESTED** |

# DEFENDANT EVAN GREEBEL'S NOTICE OF MOTION FOR A BILL OF PARTICULARS

Defendant Evan Greebel, by and through his undersigned counsel, hereby moves this Court to order the government to provide a bill of particulars pursuant to Federal Rule of Criminal Procedure 7(f).

This motion is based on this Notice of Motion, the accompanying Memorandum of Law, the accompanying Declaration of Lisa H. Rubin in Support of Mr. Greebel's Motions for a (1) Bill of Particulars and (2) Prompt Disclosure of *Brady* Materials, all other pleadings and papers on file in this action, and on such other matters as may be presented to the Court at the time of the hearing or before the ruling on this Motion.

Mr. Greebel respectfully requests oral argument on this motion.

Dated: New York, New York
September 16, 2016

*/s/* Reed Brodsky
Reed Brodsky
Winston Y. Chan
Lisa H. Rubin

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
rbrodsky@gibsondunn.com

*Counsel for Defendant Evan Greebel*