# EXHIBIT C

1

```
 1    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 2    --------------------------------x
                                          15-CR-637 (KAM)
 3    UNITED STATES OF AMERICA,
                                          United States Courthouse
 4              Plaintiff,                Brooklyn, New York

 5              -against-                 June 6, 2016
                                          12:45 p.m.
 6    MARTIN SHKRELI and EVAN GREEBEL,

 7              Defendants.

 8    --------------------------------x

 9                   TRANSCRIPT OF CRIMINAL CAUSE FOR
                               STATUS CONFERENCE
10            BEFORE THE HONORABLE KIYO A. MATSUMOTO
                       UNITED STATES DISTRICT JUDGE
11
      APPEARANCES
12    For the Government:       ROBERT L. CAPERS, ESQ.
                                United States Attorney
13                              Eastern District of New York
                                271 Cadman Plaza East
14                              Brooklyn, New York 11201
                                BY:  WINSTON M. PAES, AUSA
15                                   ALIXANDRA E. SMITH, AUSA
                                     JACQUELYN KASULIS, AUSA
16
      For Defendant Shkreli:    BRAFMAN & ASSOCIATES, P.C.
17                              BY:  BENJAMIN BRAFMAN, ESQ.
                                     MARC AGNIFILO, ESQ.
18                                   ANDREA ZELLAN, ESQ.

19    For Defendant Greebel:    GIBSON DUNN & CRUTCHER, LLP
                                BY:  JOEL M. COHEN, ESQ.
20                                   LISA H. RUBIN, ESQ.
                                     REED BRODSKY, ESQ.
21
      Court Reporter:           Georgette K. Betts, RPR, CSR, OCR
22                              Phone:  (718)804-2777
                                Fax:    (718)804-2795
23                              Email:  Georgetteb25@gmail.com

24    Proceedings recorded by mechanical stenography.  Transcript
      produced by computer-aided transcription.
25
```

1    there are a number of outstanding subpoenas that have not yet

2    been returned and none of us can anticipate how that will

3    impact the magnitude of the discovery that's already involved

4    in the case.

5            Mr. Paes is correct, there are millions of pages

6    that have been produced in this case.  To us, that's

7    significant.  In fact, the volume, in our view, is staggering.

8    There are nearly 3 million pages.  On Friday afternoon we

9    received 800 new pages from the Katten Muchin firm.  Your

10   Honor may know that Mr. Greebel was a former partner at Katten

11   Muchin during many of the times and events alleged in the

12   indictment.  We understand from the government that Katten

13   Muchin will be making a further production on that subpoena.

14   The contents and the volume of that production, we cannot

15   know.

16           Your Honor, with respect to the Marcum laptop, we

17   appreciate that the government has continued to engage in

18   conversations with us and with Marcum about the contours of a

19   protective order, and we're not yet there yet.  We're

20   continuing to have productive conversations, but we don't know

21   what's on that laptop, Your Honor.  It's our understanding

22   that they contain final workpapers put into electronic

23   binders.  We were very relieved to understand this week for

24   the first time, according to Marcum's counsel, that all the

25   documents will be able to be transferred over to electronic

1    discovery platforms or other computers, so we would be able to

2    see them in a format that's intelligible to us, but

3    notwithstanding that, Your Honor, we don't know the size of

4    that production, we don't know what's on that laptop.

5            We also understand from Marcum's counsel that they

6    have yet to make yet another production to the government of

7    additional draft workpapers including emails.  They have not

8    made that production to the government yet, according to a

9    call that we had last week.

10           And, Your Honor, beyond those two additional

11   sources, we further understand from the government, which

12   confirmed this to us last week in a phone call preceding this

13   conference, that there are still more outstanding subpoenas.

14   I don't believe even the government can anticipate what the

15   volume will be and what the timing will be on the return of

16   those documents.  And because of that we don't believe we're

17   in a position today to either set a trial date or motion

18   practice.

19           Mr. Brafman referred to a potential severance

20   motion -- I apologize for the feedback.  That potential

21   severance motion will not only be impacted by our digestion of

22   the superceding indictment, but also by our review of the

23   discovery, including that discovery that's still outstanding.

24           So, Your Honor, for those reasons we would ask that

25   you return to the plan that we believe we all agreed to at the