# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

October 21, 2016

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

RE:   **United States v. Martin Shkreli**
       **15 CR 637 (KAM)**

Dear Judge Matsumoto:

As part of the bail conditions in this case, Martin Shkreli was released on a five-million dollar bond and had his travel restricted to the Eastern and Southern Districts of New York. We write to respectfully request permission for Mr. Shkreli to travel to New Haven, Connecticut, to attend an event at Yale University this weekend.

We have spoken with AUSA Winston Paes and Pretrial Services Officer Bianca Carter, and both consent to our request. If the Court grants this request, Mr. Shkreli will depart Saturday, October 22, 2016 and return Sunday, October 23, 2016.

Thank you for your consideration.

Respectfully,

Benjamin Brafman

cc:   AUSA Winston Paes (via ECF)
      Pretrial Services Officer Bianca Carter (via email)