```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA              MODIFICATION OF RESTRAINING
                                      ORDER
     -against-
                                      Docket No. 15-CR-627(KAM)
MARTIN SHKRELI,

     Defendant.

----------------------------------X
```

Upon the application of the defendant, Martin Shkreli, by his attorneys, Brafman & Associates, P.C., and with the consent of the United States (AUSAs Winston Paes, Alixandra Smith and Jackie Kasulis appearing),

Whereas on January 7, 2016 this Court issued a Restraining Order (Document 19)(Restraining Order)on Martin Shkreli's individual brokerage account at E*TRADE Securities LLC, 34 Exchange Place, 501 Plaza 2, Jersey City, New Jersey 07311 ("E*TRADE) ending in the digits ▮▮▮▮ ("the Shkreli E*TRADE Account), in which he currently holds assets, including proceeds of the sale of shares of KaloBios stock, in the amount of $5,944,959.41:

Whereas on July 28, 2016 this Court issued a modification of that Restraining Order (Document 73) permitting Mr. Shkreli to sell the Kalo Bios stock in his individual E*Trade account with all proceeds to remain in that account;

Whereas the Kalo Bios stock in Mr. Shkreli's individual E*Trade account has been sold and the account currently holds cash in the amount of $5,944,959.41;

IT IS HEREBY ORDERED that:

The prior Restraining Order as Modified on July 28, 2016 remains in full effect but is now further modified to permit defendant Martin Shkreli to transfer $944,959.41 from that E*TRADE Account to the Internal Revenue Service in order to make a partial payment toward his income tax obligations.

The value of the assets in the account will continue to be $5,000,000 and the prior Restraining Order is modified only to the extent of permitting the transfer to the IRS of $944,959.41.

Dated:   Brooklyn, New York
         October 25, 2016

SO ORDERED:

_____
THE HONORABLE KIYO A MATSUMOTO
U.S. DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK