UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X

UNITED STATES OF AMERICA

    -against-

MARTIN SHKRELI, and
EVAN GREEBEL,

    Defendants.
-------------------------------------X

No. 15-cr-00637(KAM)

ECF Case

AFFIDAVIT OF PERSONAL SERVICE

## AFFIDAVIT OF PERSONAL SERVICE

I, ALDONSA JANJIGIAN, being duly sworn, depose and state:

1. I am employed as a paralegal at the law firm Brafman & Associates, P.C., located at 767 Third Avenue, New York, New York 10017;
2. I am over 18 years of age; and am not affiliated with either party to this criminal matter;
3. On Thursday October 27, 2016 at about 5:50 pm I personally served two copies of Defendant Martin Shkreli's Motion to Compel the Law Firm Katten, Muchin, Rosenman (Katten) To Comply With A Document Subpoena, and a printed copy of an Order of this Court issued on Thursday October 27, 2016, directing Shkreli's counsel to serve these documents on the Katten firm by Noon on October 28, 2016;
4. I served these documents by hand-delivering them to Katten's office located at 575 Madison Avenue and handing them to the receptionist who accepted service of these documents on behalf of the firm, and on behalf of Michael Verde, a principal of the firm.
5. By signing below, I do affirm the truth of these statements.

                                                      *[signature]*
                                                   ALDONSA JANJIGIAN

Sworn to before me this 27th
Day of OCTOBER, 2016

*[signature]*

Notary Public

> MARK M. BAKER
> Notary Public, State of New York
> Registration #02BA4502281
> Qualified In Bronx County
> Commission Expires February 28, 20__