# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.2390
Fax: +1 212.716.0790
RBrodsky@gibsondunn.com

October 31, 2016

<u>VIA ECF</u>

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>United States v. Shkreli</u> et al., 15 Cr. 637 (E.D.N.Y.)

Dear Judge Matsumoto:

All parties respectfully submit this joint request that the Court postpone the current severance motion schedule in light of the October 28, 2016 Motion to Compel the Law Firm Katten, Muchin, Rosenman, LLP to Comply with a Document Subpoena Served by Defendant Martin Shkreli in this Action, Dkt. 103, filed by counsel for Mr. Shkreli. As the parties indicated to the Court at the last hearing on October 14, 2016, the outcome of that motion and the related discovery likely will have a direct effect on the parties' severance motions. Following resolution of the motion to compel, the parties will jointly submit to the Court a proposed revised severance motion schedule.

Respectfully submitted,

*Reed Brodsky* / kc

Reed Brodsky

cc:   All counsel (via ECF)