```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA              No. 15-cr-00637(KAM)

    -against-                         ECF Case

MARTIN SHKRELI, and                   AFFIDAVIT OF ELECTRONIC
EVAN GREEBEL,                         SERVICE

    Defendants.
-----------------------------------X
```

## AFFIDAVIT OF ELECTRONIC SERVICE

I, ANDREA ZELLAN, being duly sworn, depose and state:

1. I am an associate at the law firm Brafman & Associates, P.C., located at 767 Third Avenue, New York, New York 10017;
2. I am over 18 years of age and I am not a party to this action;
3. On or about Wednesday, November 9, 2016 at 11:34 a.m., I served a copy of this Court's Order dated November 8, 2016 upon Michael Verde as Partner and Deputy General Counsel of the Law Firm Katten, Muchin, Rosenman (Katten), Ian Shapiro as counsel to Retrophin, Reed Brodsky as counsel to Evan Greebel, and Glenn McGorty as counsel to Marek Biestek (co-founder with Mr. Shkreli of MSMB Capital and its affiliates and MSMB Healthcare and its affiliates).
4. On or about 12:00 p.m., I also served Mr. Verde, Mr. Shapiro, Mr. Brodsky, and Mr. McGorty with a copy of Martin Shkreli's Motion to Compel (Dkt. 103) and Katten's Response (Dkt. 106).
5. I served this Court's Order, the Motion to Compel, and Katten's Response *via* email to Mr. Verde, Mr. Shapiro, Mr. Brodsky, and Mr. McGorty.
6. Mr. Verde, Mr. Shapiro, and Mr. Brodsky consented to the email as formal service.
7. Mr. McGorty acknowledged my emails and their contents, but did not accept formal service on behalf of MSMB Capital and its affiliates or MSMB Healthcare and its affiliates.

8. By signing below, I do affirm the truth of these statements.

*Andrea Zellan*
ANDREA ZELLAN, Esq.

Sworn to before me this 9TH
Day of November, 2016

Notary Public

MARK M. BAKER
Notary Public, State of New York
Registration #02BA4502281
Qualified In Bronx County
Commission Expires February 28, 2018