# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

November 14, 2016

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

RE:  **United States v. Martin Shkreli**
     **15 CR 637 (KAM)**

Dear Judge Matsumoto:

On November 8, 2016, this Court ordered counsel for Katten, Muchin, Rosenman, LLP ("Katten"), MSMB Capital and its affiliates, MSMB Healthcare and its affiliates, and Retrophin to appear at a conference on November 17, 2016 at 2:30 p.m. The purpose of this conference is to discuss the unresolved issues arising from Martin Shkreli's Motion to Compel Katten to Comply With a Document Subpoena filed on September 28, 2016 and Katten's Response filed on November 4, 2016.

Counsel for Mr. Shkreli is available to appear on the scheduled date, but we ask the Court to reschedule the matter to the afternoon of November 22, 2016 in order to accommodate several of the parties whose appearance is critical and mandated by the Court.

Thank you for your consideration.

Respectfully,

Marc Agnifilo

cc:  AUSA Winston Paes (via ECF)
     Reed Brodsky (via email)
     Michael Verde (via email)
     Ian Shapiro (via email)
     Glen McGorty (via email)