```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA                    No. 15-cr-00637(KAM)

    -against                                ECF Case

MARTIN SHKRELI, and                         AFFIDAVIT OF ELECTRONIC
EVAN GREEBEL,                               SERVICE

    Defendants.
------------------------------------X
```

### AFFIDAVIT OF ELECTRONIC SERVICE

I, TENY GERAGOS, being duly sworn, depose and state:

1. I work at the law firm Brafman & Associates, P.C., located at 767 Third Avenue, New York, New York 10017;
2. I am over 18 years of age and I am not a party to this action;
3. On or about Monday, November 14, 2016 at 4:37 p.m., I served a copy of this Court's November 14, 2016 Order upon Michael Verde as Partner and Deputy General Counsel of the Law Firm Katten, Muchin, Rosenman (Katten), Ian Shapiro as counsel to Retrophin, and Glen McGorty as counsel to Marek Biestek (co-founder with Mr. Shkreli of MSMB Capital and its affiliates and MSMB Healthcare and its affiliates).
4. I served this Order *via* email to Mr. Verde, Mr. Shapiro, and Mr. McGorty.
5. Mr. Verde, Mr. Shapiro, and Mr. McGorty consented to the email as formal service.
6. By signing below, I do affirm the truth of these statements.

_____
TENY GERAGOS

Sworn to before me this 14th
Day of November, 2016

_____
Notary Public

MARK M. BAKER
Notary Public, State of New York
Registration #02BA4502281
Qualified In Bronx County
Commission Expires February 28, 2018