UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA

    -against-

MARTIN SHKRELI, and
EVAN GREEBEL,

    Defendants.
------------------------------------X

No. 15-cr-00637(KAM)

ECF Case

AFFIDAVIT OF ELECTRONIC SERVICE

## AFFIDAVIT OF ELECTRONIC SERVICE

I, TENY ROSE GERAGOS, being duly sworn, depose and state:

1. I work at the law firm Brafman & Associates, P.C., located at 767 Third Avenue, New York, New York 10017;
2. I am over 18 years of age and I am not a party to this action;
3. On or about Thursday, November 17, 2016 at 11:38 a.m., I served a copy of this Court's November 17, 2016 Order upon counsel of the Law Firm Katten, Muchin, Rosenman (Katten), counsel to Retrophin, counsel to Marek Biestek (co-founder with Mr. Shkreli of MSMB Capital and its affiliates and MSMB Healthcare and its affiliates), counsel for the Government, and counsel for Mr. Greebel.
4. I served this Order *via* email to the above mentioned parties.
5. Mr. Verde as counsel to Katten, Mr. Shapiro as counsel to Retrophin, and Mr. McGorty as counsel to Mr. Biestek consented to the email as formal service.
6. By signing below, I do affirm the truth of these statements.

                                                                                 _____
                                                                                 TENY ROSE GERAGOS

Sworn to before me this 17TH
Day of November, 2016
_____
Notary Public

MARK M. BAKER
Notary Public, State of New York
Registration #02BA4502281
Qualified in Bronx County
Commission Expires February 28, 2018