```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA              No. 15-cr-00637(KAM)

    -against-                         ECF Case

MARTIN SHKRELI, and                   AFFIDAVIT OF ELECTRONIC
EVAN GREEBEL,                         SERVICE

            Defendants.
------------------------------------X
```

### AFFIDAVIT OF ELECTRONIC SERVICE

I, TENY ROSE GERAGOS, being duly sworn, depose and state:

1. I am employed at the law firm Brafman & Associates, P.C., located at 767 Third Avenue, New York, New York 10017;
2. I am over 18 years of age and I am not a party to this action;
3. On Tuesday, November 23, 2016 at 1:44 p.m., I served a copy of Mr. Shkreli's Motion to Amend (Dkt. 116) and this Court's November 22, 2016 Order upon Counsel of the Law Firm Katten, Muchin, Rosenman, counsel for Retrophin, counsel for Marek Biestek, counsel for the Government, and counsel for Mr. Greebel.
4. I served the Letter and Order *via* email to the above mentioned parties.
5. By signing below, I do affirm the truth of these statements.

_____
TENY ROSE GERAGOS

Sworn to before me this 23rd
Day of November, 2016

_____
Notary Public

MARK M. BAKER
Notary Public, State of New York
Registration #02BA4502281
Qualified in Bronx County
Commission Expires February 28, 20__