```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA                    No. 15-cr-00637(KAM)

     -against-                              ECF Case

MARTIN SHKRELI, and                         AFFIDAVIT OF ELECTRONIC
EVAN GREEBEL,                               SERVICE

     Defendants.
------------------------------------X
```

### AFFIDAVIT OF ELECTRONIC SERVICE

I, TENY ROSE GERAGOS, being duly sworn, depose and state:

1. I am employed at the law firm Brafman & Associates, P.C., located at 767 Third Avenue, New York, New York 10017;
2. I am over 18 years of age and I am not a party to this action;
3. On Wednesday, November 30, 2016 at 12:09 p.m., I served a copy of this Court's Order granting Mr. Shkreli's Motion to Amend/Correct (Dkt. 120) upon Counsel of the Law Firm Katten, Muchin, Rosenman, counsel for Retrophin, counsel for Marek Biestek, counsel for the Government, and counsel for Mr. Greebel.
4. I served the Order *via* email to the above mentioned parties.
5. By signing below, I do affirm the truth of these statements.

*[signature]*
TENY ROSE GERAGOS

Sworn to before me this 30th
Day of November, 2016

*[signature]*
Notary Public

MARK M. BAKER
Notary Public, State of New York
Registration #02BA4502281
Qualified In Bronx County
Commission Expires February 28, 2018