```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA                No. 15-cr-00637(KAM)

    -against-                           ECF Case

MARTIN SHKRELI, and                     AFFIDAVIT OF ELECTRONIC
EVAN GREEBEL,                           SERVICE

    Defendants.
-----------------------------------X
```

### AFFIDAVIT OF ELECTRONIC SERVICE

I, TENY ROSE GERAGOS, being duly sworn, depose and state:

1. I am employed at the law firm Brafman & Associates, P.C., located at 767 Third Avenue, New York, New York 10017;
2. I am over 18 years of age and I am not a party to this action;
3. On Monday, December 5, 2016 at 10:00 a.m., I served a copy of Letter on behalf of Retrophin concerning the Court's November 30, 2016 Order (Dkt. 124) upon Counsel of the Law Firm Katten, Muchin, Rosenman, counsel for Marek Biestek, counsel for the Government, and counsel for Mr. Greebel.
4. I served the Order *via* email to the above mentioned parties.
5. By signing below, I do affirm the truth of these statements.

_____
TENY ROSE GERAGOS

Sworn to before me this 5th
Day of DECEMBER 2016

_____
Notary Public

MARK M. BAKER
Notary Public, State of New York
Registration #02BA4502281
Qualified In Bronx County
Commission Expires February 28, 2018