```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA                No. 15-cr-00637(KAM)

    -against-                           ECF Case

MARTIN SHKRELI, and                     AFFIDAVIT OF ELECTRONIC
EVAN GREEBEL,                           SERVICE

    Defendants.
------------------------------------X
```

AFFIDAVIT OF ELECTRONIC SERVICE

I, ANDREA ZELLAN, being duly sworn, depose and state:

1. I am an associate at the law firm Brafman & Associates, P.C., located at 767 Third Avenue, New York, New York 10017;
2. I am over 18 years of age and I am not a party to this action;
3. On Tuesday, December 6, 2016 at 9:59 a.m., I served a copy of this Court's Order dated December 6, 2016 upon counsel for the law firm Katten Muchin Rosenman LLP, counsel for Retrophin, counsel for Marek Biestek, counsel for Evan Greebel, and counsel for the Government.
4. I served this Court's Order *via* email.
5. By signing below, I do affirm the truth of these statements.

_____
ANDREA ZELLAN, Esq.

Sworn to before me this 6TH
Day of DECEMBER, 2016

_____
Notary Public

MARK M. BAKER
Notary Public, State of New York
Registration #02BA4502281
Qualified In Bronx County
Commission Expires February 28, 20__