# Katten

KattenMuchinRosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

MICHAEL I. VERDE
michael.verde@kattenlaw.com
212.940.8541 direct
212.940.8776 fax

December 6, 2016

**By Hand Delivery**

Marc Agnifilo, Esq.
Andrea Zellan, Esq.
Brafman & Associates, PC
767 Third Avenue, 26th Floor
New York, New York 10017

**Re:** *United States v. Martin Shkreli*, No. 15-cr-00637 (KAM)

Dear Mr. Agnifilo:

In response to the Subpoena for Documents and Information served on Katten Muchin Rosenman LLP ("Katten") on September 28, 2016 (the "Subpoena"), and pursuant to the Court's Orders dated November 30, 2016 (the "November 30th Order"), and December 6, 2016 (the "December 6th Order"), please find enclosed one external hard drive containing documents bearing Bates numbers KAT_0000001 – KAT_0052393, which constitute Katten's first production of documents in response to the Subpoena (the "First Production"). In particular, the First Production consists of communications responsive to paragraph 3(a) of the Court's November 30th Order, which are being produced as Concordance load files. Pursuant to the Court's December 6th Order, the First Production is limited to responsive communications for the years 2011 and 2012 only. The files on the enclosed hard drive are being produced as encrypted WinZip files. The password for the files will provided to you via email.

Should you require any additional information, or have any questions with respect to the documents provided, feel free to contact me at the telephone number or email address set forth above.

Very truly yours,

*Michael Verde* /EbL

Michael I. Verde

cc: All counsel of record (*via ECF*)

AUSTIN    CENTURY CITY    CHARLOTTE    CHICAGO    HOUSTON    IRVING    LOS ANGELES
NEW YORK    ORANGE COUNTY    SAN FRANCISCO BAY AREA    SHANGHAI    WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations