UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA

    -against-

MARTIN SHKRELI, and
EVAN GREEBEL,

    Defendants.
------------------------------------X

No. 15-cr-00637(KAM)

ECF Case

AFFIDAVIT OF ELECTRONIC SERVICE

## AFFIDAVIT OF ELECTRONIC SERVICE

I, TENY ROSE GERAGOS, being duly sworn, depose and state:

1. I am employed at the law firm Brafman & Associates, P.C., located at 767 Third Avenue, New York, New York 10017;
2. I am over 18 years of age and I am not a party to this action;
3. On Monday, December 12, 2016 at 12:19 p.m., I served a copy of this Court's December 12, 2016 Order scheduling a status conference for December 14, 2016 at 11 a.m. upon Counsel of the Law Firm Katten Muchin Rosenman ("Katten"), counsel for Marek Biestek, counsel for Retrophin, counsel for the Government, and counsel for Mr. Greebel.
4. Counsel for Katten, Marek Biestek, and Retrophin confirmed receipt of the Order.
5. By signing below, I do affirm the truth of these statements.

_____
TENY ROSE GERAGOS

Sworn to before me this 12th
Day of December

_____
Notary Public

MARK M. BAKER
Notary Public, State of New York
Registration #02BA4502281
Qualified in Bronx County
Commission Expires February 28, 2018