# Katten
#### Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

MICHAEL I. VERDE
michael.verde@kattenlaw.com
212.940.8541 direct
212.940.8776 fax

December 16, 2016

**By Hand Delivery**

Marc Agnifilo, Esq.
Andrea Zellan, Esq.
Brafman & Associates, PC
767 Third Avenue, 26th Floor
New York, New York 10017

Re:   *United States v. Martin Shkreli*, No. 15-cr-00637 (KAM)

Dear Mr. Agnifilo:

In response to the Subpoena for Documents and Information served on Katten Muchin Rosenman LLP ("Katten") on September 28, 2016 (the "Subpoena"), and pursuant to the Court's Orders dated November 30, 2016 (the "November 30th Order"), and December 6, 2016 (the "December 6th Order"), please find enclosed one external hard drive containing documents bearing Bates numbers KAT_0109791 – KAT_0164543, which constitute Katten's third production of documents in response to the Subpoena (the "Third Production"). In particular, the Third Production consists of communications responsive to paragraph 2 of the Court's November 30th Order. Pursuant to our agreement with counsel for Retrophin, The Third Production is limited to communications from the time period April 2011 through December 31, 2011 that do not contain the term "Retrophin." The Concordance load files on the enclosed hard drive are being produced as encrypted WinZip files. The password for the files will be provided to you via email.

Should you require any additional information, or have any questions with respect to the documents provided, feel free to contact me at the telephone number or email address set forth above.

Very truly yours,

*Michael Verde* / EM

Michael I. Verde

cc: All counsel of record (*via ECF*)