**Katten**
Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

MICHAEL I. VERDE
michael.verde@kattenlaw.com
212.940.8541 direct
212.940.8776 fax

December 28, 2016

**By Federal Express**

Marc Agnifilo, Esq.
Andrea Zellan, Esq.
Brafman & Associates, PC
767 Third Avenue, 26th Floor
New York, New York 10017

Re:   *United States v. Martin Shkreli*, No. 15-cr-00637 (KAM)

Dear Mr. Agnifilo:

In response to the Subpoena for Documents and Information served on Katten Muchin Rosenman LLP ("Katten") on September 28, 2016 (the "Subpoena"), and pursuant to the Court's Order dated December 16, 2016 (the "December 16th Order), please find enclosed one disc containing documents bearing Bates numbers KAT_0164544 – KAT_0167283, which constitute Katten's fourth production of documents in response to the Subpoena (the "Fourth Production"). In particular, the Fourth Production consists of communications responsive to paragraphs 3 and 4 of the December 16th Order. Pursuant the parties' agreement, the Fourth Production contains documents for the time period January 1, 2012 through April 30, 2012 that contain MSMB-related search terms. Further, pursuant to paragraph 4 of the December 16th Order, the Fourth Production also contains documents for this time period that Katten was unable to determine to which of the parties they belonged. The Concordance load files on the enclosed disc are being produced as encrypted WinZip files. The password for the files will be provided to you via email.

Should you require any additional information, or have any questions with respect to the documents provided, feel free to contact me at the telephone number or email address set forth above.

Very truly yours,

*Michael Verde/EN*

Michael I. Verde

cc: All counsel of record (*via ECF*)

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations