# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

January 6, 2017

**VIA HAND DELIVERY**
Ian Shapiro
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036

RE: **United States v. Martin Shkreli and Evan Greebel**
**15 CR 637 (KAM)**

Dear Mr. Shapiro:

Pursuant to Judge Matsumoto's Orders issued November 30, 2016, December 6, 2016 and December 16, 2016 regarding Katten Muchin Rosenmann LLP's ("Katten") compliance with Mr. Shkreli's September 28, 2016 subpoena for documents and information, please find enclosed one external USB drive bearing Bates numbers BA_000001 – BA_092477, which constitutes our production to you of any material produced to Mr. Shkreli by Katten in which your client, Retrophin, holds or may hold an attorney client privilege.

Do not hesitate to contact us if you have any questions regarding the documents provided.

Sincerely,

Andrea Zellan, Esq.

cc: Michael Verde (via email)
Elizabeth Langdale (via email)
Glen McGorty (via email)
Arlen Pyenson (via email)
All Counsel of record via ECF