# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

**BENJAMIN BRAFMAN**

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

**MARK M. BAKER**
OF COUNSEL

**MARC AGNIFILO**
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

January 6, 2017

**VIA HAND DELIVERY**
Glen G. McGorty
Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, NY 10022

RE: **United States v. Martin Shkreli and Evan Greebel**
**15 CR 637 (KAM)**

Dear Mr. McGorty:

Pursuant to Judge Matsumoto's Orders issued November 30, 2016, December 6, 2016 and December 16, 2016 regarding Katten Muchin Rosenmann LLP's ("Katten") compliance with Mr. Shkreli's September 28, 2016 subpoena for documents and information, please find enclosed one external USB drive bearing Bates numbers BA_092478 – BA_150621 which constitutes our production to you of any material produced to Mr. Shkreli by Katten in which solely MSMB and any of its entities, or solely your client, Marek Biestek, holds or may hold an attorney-client privilege.

Do not hesitate to contact us if you have any questions regarding the documents provided.

Sincerely,

Andrea Zellan

Andrea Zellan, Esq.

cc: Michael Verde (via email)
Elizabeth Langdale (via email)
Ian Shapiro (via email)
All Counsel of record via ECF