# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

January 6, 2017

**VIA HAND DELIVERY**
Reed Brodsky
Lisa Rubin
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

RE: **United States v. Martin Shkreli and Evan Greebel**
    **15 CR 637 (KAM)**

Dear Mr. Brodsky:

Pursuant to Judge Matsumoto's Orders issued November 30, 2016, December 6, 2016 and December 16, 2016 regarding Katten Muchin Rosenmann LLP's ("Katten") compliance with Mr. Shkreli's September 28, 2016 subpoena for documents and information, please find enclosed one external USB drive bearing Bates numbers BA_0092478 – BA_150621 which constitutes our production to you of any material produced to Mr. Shkreli by Katten which relates to Katten's representation solely of Martin Shkreli, Marek Biestek and/or MSMB and any MSMB entities.

Do not hesitate to contact us if you have any questions regarding the documents provided.

Sincerely,

Andrea Zellan, Esq.

cc: Michael Verde (via email)
    Elizabeth Langdale (via email)
    Ian Shapiro (via email)
    Glen McGorty (via email)
    All Counsel of record via ECF