# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

January 11, 2017

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

RE: **United States v. Martin Shkreli 15 CR 637 (KAM)**

Dear Judge Matsumoto:

As part of the bail conditions in this case, Martin Shkreli's travel was restricted to the Eastern and Southern Districts of New York. We write to respectfully request that the Court modify that Order and grant permission for Mr. Shkreli to travel to Davis and Los Angeles, CA, Washington, D.C., and to Princeton, N.J. If the Court grants this request, Mr. Shkreli will depart for University of California, Davis on January 13, 2017 for a speaking engagement and return on January 15, 2017. He will depart for Washington, D.C. January 17, 2017 to attend a social event and return January 21, 2017. He will depart for Princeton February 11, 2017 for a speaking engagement and return February 12, 2017.

We have spoken with AUSA Jacquelyn Kasulis and the Government takes no position with respect to these travel requests. Pretrial Services Officer Melissa Roman has no objection to our request. If the Court grants Mr. Shkreli's request to travel, Mr. Shkreli will provide his travel itinerary and details to Officer Roman.

Thank you for your consideration.

Respectfully,

Marc Agnifilo

cc: AUSA Jacquelyn Kasulis (via ECF)
Pretrial Services Officer Melissa Roman (via email)