# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

January 20, 2017

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

RE: **United States v. Martin Shkreli and Evan Greebel**
**15 CR 637 (KAM)**

Dear Judge Matsumoto:

Pursuant to Your Honor's Orders issued November 30, 2016, December 6, 2016 and December 16, 2016 regarding Katten Muchin Rosenmann LLP's ("Katten") compliance with Mr. Shkreli's September 28, 2016 subpoena for documents and information, we produced by email a privilege log to the Government this evening. The log identifies over 8,000 documents that Mr. Shkreli, Mr. Biestek, MSMB and its entities, assert are privileged. It includes detailed information about each document as required by the Court's Order of December 16, 2016.

We thank the Court for its patience and courtesy in this and all other matters.

Sincerely,

Andrea Zellan, Esq.

cc: Michael Verde (via email)
Elizabeth Langdale (via email)
Glen McGorty (via email)
Arlen Pyenson (via email)
All Counsel of record via ECF