# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Lisa H. Rubin
Direct: +1 212.351.2390
Fax: +1 212.716.0790
LRubin@gibsondunn.com

January 25, 2017

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Shkreli* et al., 15 Cr. 637 (E.D.N.Y.)

Dear Judge Matsumoto:

I write on behalf of Evan Greebel to request that Mr. Greebel be permitted to travel outside the Southern and Eastern Districts of New York. First, as Your Honor knows, Mr. Greebel has three young children, and he has worked consistently to maintain normalcy for them, including through recreation. We request that Mr. Greebel be permitted to travel to the Northern District of New York this coming Saturday, January 28, 2017, to take his family skiing. We also request that Mr. Greebel be permitted to take additional day trips to the Northern District on other weekends in February and March, as weather permits, for the same purpose.

In addition, as he did last February, Mr. Greebel wishes to visit family in Florida over his children's upcoming break from school. Specifically, we request that Mr. Greebel be permitted to accompany his wife and children to Florida between February 16, 2017 and February 26, 2017.

We have been in communication with pretrial services and the government about each of these requests. Pretrial services voiced no objections, and the government takes no position.

We thank the Court for its attention to these requests.

Respectfully submitted,

*/s/ Lisa H. Rubin*

Lisa H. Rubin

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.