## BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

February 8, 2017

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

RE:   **United States v. Martin Shkreli**
      **15 CR 637 (KAM)**

Dear Judge Matsumoto:

As part of the bail conditions in this case, Martin Shkreli's travel was restricted to the Eastern and Southern Districts of New York. We write to respectfully request permission for Mr. Shkreli to travel to Massachusetts for a speaking engagement at Harvard University. If the Court grants this request, Mr. Shkreli will depart February 15, 2017 and return on February 16, 2017.

We have spoken with AUSA Winston Paes and Pretrial Services Officer Melissa Roman, and neither object to this request. Mr. Shkreli will provide his travel itinerary and details to Officer Roman.

Thank you for your consideration.

Respectfully,

Andrea Zellan

cc:   AUSA Winston Paes (via ECF)
      Pretrial Services Officer Melissa Roman (via email)