UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA,

             Plaintiff,

      v.

MARTIN SHKRELI and EVAN GREEBEL,

             Defendants.

------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  FEB 15 2017  ★

BROOKLYN OFFICE

ECF Case

No. 15-cr-00637 (KAM)

## ORDER

THIS MATTER having come before the Court on Evan Greebel's February 13, 2017 letter to the Court (Dkt. 156), and the Court having considered the papers in support of the request, the government taking no position on the request, and Martin Shkreli having no objection to the request,

IT IS HEREBY ORDERED THAT Mr. Greebel is granted leave to submit (a) a Memorandum of Law in Support of Mr. Greebel's Motion for Severance of up to 45 pages in length, excluding tables of contents and authorities and the exhibits, and (b) a Reply Memorandum of Law in Support of Mr. Greebel's Motion for Severance of up to 20 pages in length, excluding tables of contents and authorities and any exhibits.

**SO ORDERED:**

Dated: February 14, 2017
New York, New York

s/KAM
HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

1