UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MARTIN SHKRELI and EVAN GREEBEL,<br><br>*Defendants.* | ECF Case<br><br>No. 15-cr-00637 (KAM)<br><br>**ORAL ARGUMENT REQUESTED AND SCHEDULED FOR APRIL 7, 2017** |

# DEFENDANT EVAN GREEBEL'S NOTICE OF MOTION FOR SEVERANCE

Defendant Evan Greebel, by and through his undersigned counsel, hereby moves this Court to sever Mr. Greebel's trial from that of Mr. Shkreli pursuant to Federal Rule of Criminal Procedure 14(a), *Zafiro v. United States*, 506 U.S. 534, 539 (1993), and the Sixth Amendment to the United States Constitution.

This motion is based on this Notice of Motion, the accompanying Memorandum of Law, the accompanying Declarations of Reed Brodsky and Lisa H. Rubin in Support of Mr. Greebel's Motion for Severance, all other pleadings and papers on file in this action, and on such other matters as may be presented to the Court at the time of the hearing or before the ruling on this Motion.

Mr. Greebel respectfully requests oral argument, which has been scheduled for April 7, 2017, on this motion.

Dated:   New York, New York
         February 17, 2017

*/s/* Reed Brodsky
Reed Brodsky
Winston Y. Chan
Lisa H. Rubin

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
rbrodsky@gibsondunn.com

*Counsel for Defendant Evan Greebel*