# Exhibit 7

Bus Platinum Privileges

 **Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔊 1.888.BUSINESS (1.888.287.4637)

🖱 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MSMB HEALTHCARE LP
330 MADISON AVE FL 6
NEW YORK, NY  10017-5041

 Please see the Account Changes section of your statement for details regarding important changes to your account.

# Your Business Economy Checking
# Bus Platinum Privileges

for May 1, 2015 to May 31, 2015                                   Account number: ▮▮▮▮▮▮9143
**MSMB HEALTHCARE LP**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on May 1, 2015 | $2,965.25 | # of deposits/credits: 1 |
| Deposits and other credits | 770,000.00 | # of withdrawals/debits: 2 |
| Withdrawals and other debits | -0.00 | # of deposited items: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -30.00 | Average ledger balance: $350,688.31 |
| **Ending balance on May 31, 2015** | **$772,935.25** | |



## Get easy access to business know-how

Visit our free online community at
**bankofamerica.com/sbc**.

Bank of America, N.A. Member FDIC. ©2015 Bank of America Corporation.
AR4L4LV9 | AD-11-14-0062.B

## The Bank of America
## Small Business Community

- Get the latest insights on how fellow business owners run and grow their businesses
- Search our extensive library for business topics that interest you
- Connect with other business owners

BOA-000153

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation



Bank of America, N.A. Member FDIC and  Equal Housing Lender

**Bank of America**                                      Your checking account

MSMB HEALTHCARE LP   |   Account # ■■■■■■ 9143   |   May 1, 2015 to May 31, 2015

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/18/15 | WIRE TYPE:WIRE IN DATE: 150518 TIME:1450 ET TRN:2015051800307767 SEQ:4812000135ES/005936 ORIG:MARTIN SHKRELI ID:941116097 SND BK:JPMORGAN C HASE BANK, NA ID:021000021 PMT DET:DCD OF 15/05/15 | 770,000.00 |
| **Total deposits and other credits** | | **$770,000.00** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 05/07/15 | ONLINE BUSINESS SUITE ACCT MGMT SERVICES | -15.00 |
| 05/18/15 | Wire Transfer Fee | -15.00 |
| **Total service fees** | | **-$30.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 05/01 | 2,965.25 | 05/07 | 2,950.25 | 05/18 | 772,935.25 |

✓ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

**Make an impression.**
(Without making a dent in your account.)
500 business cards $9.99



Visit vistaprint.com and enter BOFA500 at checkout.

Expires 10.1.15. S & H charges and restrictions apply. See website for details. | Vistaprint is a part of Cimpress and its privacy, information security & information sharing practices may be different from those of Bank of America®. Bank assumes no responsibility for customer service, fulfillment or billing. By responding to this offer, you disclose to Vistaprint you are a Bank of America customer.  ARQRND75

This page intentionally left blank

## Account Changes
At Bank of America, we're committed to keeping you up-to-date on any changes that may impact your banking accounts.

**We want to keep you informed about important changes coming to your checking account starting July 6, 2015.**
Today when you use your debit card to pay for a purchase, the merchant asks us to authorize a transaction amount. We typically place a hold on your account for the transaction amount authorized, which reduces the available balance in your account. For some travel related transactions, holds are not placed because the merchant's request is an estimate. However, starting July 6, 2015, when you use your debit card to pay for a purchase, we will place a hold on your account for the full amount requested by the merchant, even if the amount requested is an estimate, and reduce your available balance by the amount requested.

If the request authorization appears to be an estimate, the transaction detail for your account in Online Banking may show, "Amount may change – waiting for final amount from merchant." If the final transaction amount ends up being different than the amount we authorized, your account balance will be adjusted when we receive the final transaction amount.

We're pleased to serve your financial needs. If you have any questions regarding this change, please call the number listed on this statement or visit bankofamerica.com/locator to find a banking center nearest you.

This page intentionally left blank