# Exhibit 25

Case 1:15-cr-00637-KAM   Document 160-25   Filed 02/17/17   Page 2 of 7 PageID #: 1426

# Chris Evans invokes the wrath of pharma bro Martin Shkreli

BY **NICOLE BITETTE**   🔘 FOLLOW

NEW YORK DAILY NEWS          Wednesday, September 7, 2016, 6:57 PM

Case 1:15-cr-00637-KAM   Document 160-25   Filed 02/17/17   Page 3 of 7 PageID #: 1427



Actor Chris Evans felt the wrath of pharma bro Martin Shkreli on Twitter Wednesday. (NY DAILY NEWS)

Pharma bro Martin Shkreli has moved on from trolling comedians to slamming star actors.

The disgraced CEO attacked actor Chris Evans on Twitter on Wednesday after the "Captain America" star weighed in on Shkreli's social media war with comedian Patton Oswalt this week.

"Comedian gets a pass because wife died but you, @ChrisEvans, I'll f---ing destroy. Pretty boy, s----for-brains. Think your thoughts matter?" Shkreli wrote, after Evans tweeted that the argument between the pharma bro and Oswalt was his favorite thing on Twitter.

Shkreli's heated back-and-forth with Oswalt — whose wife Michelle McNamara tragically died in her sleep this past April — all began when the comedian poked fun at the #TrumpCantSwim hashtag.

**Pharma bro Martin Shrekli takes on Patton Oswalt in Twitter war**

The controversial social media user, who once endorsed Donald Trump, but then later revoked his support, still found it offensive that Oswalt was pondering whether or not the GOP presidential candidate can swim.

"this pathetic loser would never be able to go toe-to-toe with me in a discussion about anything. comedian idiot!" Shkreli wrote, before asking Oswalt, "Who are you again?"

Case 1:15-cr-00637-KAM   Document 160-25   Filed 02/17/17   Page 5 of 7 PageID #: 1429



Comedian Patton Oswalt kicked off a Twitter war with Martin Shkreli, which someone got actor Chris Evans involved.
(RICHARD SHOTWELL/INVISION/AP)

"Dude, 12-year-olds on a Skittles rush can troll better than you," Oswalt eventually replied.

While Evans found the replies amusing, Shkreli found himself getting heated.



Chris Evans stars in Marvel's Avengers: Age Of Ultron Captain America. (JAY MAIDMENT/ MARVEL)

"Come to Brooklyn and I'll introduce you to the real Captain America and a couple of f---in roundhouses if you say my name again @ChrisEvans," the 33-year-old wrote, referencing the "Captain America" statue constructed in Prospect Park.

**Martin Shkreli asks lawyer if he can play Pokémon after hearing**

The "Captain America: Civil War" star never responded to the pharmaceutical villain, but that didn't stop Shkreli from challenging him to a fight via Periscope.

Case 1:15-cr-00637-KAM   Document 160-25   Filed 02/17/17   Page 7 of 7 PageID #: 1431

Shkreli even threw out his address publicly — while also requesting that if the two went to combat, Evans would have to sign a document promising he wouldn't prosecute.

Shkreli became widely hated after he refused to testify before congress for increasing the price of a life-saving drug Daraprim from $13.50 to $750 for patients suffering from toxoplasmosis.

☐**Tags:**    CHRIS EVANS     MARTIN SHKRELI