UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

MARTIN SHKRELI
EVAN GREEBEL,

                      Defendants.
-------------------------------------------------------------X

**NOTICE OF MOTION**

Ind. No. 15 CR 637 (S-1) (KAM)

**PLEASE TAKE NOTICE** that, upon the annexed affidavit of **BENJAMIN BRAFMAN, ESQ.**, duly sworn to on the 17th day of February, 2017, the accompanying Memorandum of Law, the indictment, and upon all proceedings previously had herein, the undersigned, on behalf of the Defendant **Martin Shkreli**, will move this Court, before the Honorable Kiyo A. Matsumoto, United States District Judge, Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be fixed by the Court, for an order granting the following relief:

1. Pursuant to Fed. R. Crim. P. 14 granting a Severance from Defendant Evan Greebel;

and granting such other and further relief as to this Court may seem just and proper.

Dated: New York, New York
February 17, 2017

                                      Respectfully submitted,

                                      **BRAFMAN & ASSOCIATES, P.C.**
                                      *Attorneys for Defendant Martin Shkreli*
                                      767 Third Avenue, 26th Floor
                                      New York, New York 10017
                                      Tel - 212-750-7800
                                      Fax – 212-750-3906
                                      bbrafman@braflaw.com

                    By: _____
                                      BENJAMIN BRAFMAN, Esq.
                                      BB2285


To:    Clerk of the Court,
            via ECF

        Winston Paes, Esq.
        Alixandra Smith, Esq.
        Jacqueline Kasulis, Esq.
        Assistant United States Attorneys,
            via ECF

        Hon. Kiyo A. Matsumoto