UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

MARTIN SHKRELI
EVAN GREEBEL,

               Defendants.
------------------------------------------------------------X

**AFFIDAVIT**

Ind. No. 15 CR 637(S-1) (KAM)

STATE OF NEW YORK  )
                          ) ss:
COUNTY OF NEW YORK )

    **BENJAMIN BRAFMAN** affirms the following under penalties of perjury:

    1. I am an attorney duly admitted to the practice of law in the State of New York, to the United States District Court for the Eastern District of New York, for the Southern District of New York and to the United States Supreme Court.

    2. I am engaged in the private practice of law specializing in criminal defense. I am a principal of the law firm Brafman & Associates, P.C. located in New York City.

    3. I submit this Affidavit and the other documents attached to the moving papers in support of a motion on behalf of Martin Shkreli for a severance from Evan Greebel pursuant to Federal Rule of Criminal Procedure 14, Bruton v. United States, 391 U.S. 123 (1968) and Zafiro v. United States, 506 U.S. 534 (1993).

    4. The relevant legal arguments are set forth in great detail in the enclosed Memorandum of Law.

Dated: New York, New York
       February 17, 2017

                                       Respectfully submitted,

                                       **BRAFMAN & ASSOCIATES, PC**
                                       *Attorneys for the Defendant Martin Shkreli*
                                       767 3rd Avenue, 26th Fl.
                                       New York, NY 10017
                                       Tel - 212-750-7800
                                       Fax – 212-750-3906
                                       bbrafman@braflaw.com

By: _____
                                       BENJAMIN BRAFMAN, Esq.
                                       BB2285