

U.S. Department of Justice

United States Attorney
Eastern District of New York

WMP/JMK/AES
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

February 21, 2017

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Martin Shkreli, et al.
           Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      Pursuant to the Court's January 13, 2017 order (Docket No. 147), the defendants' severance motions were filed February 17, 2017, any opposition is due March 1, 2017, and replies are due March 7, 2017.  Due to the fact that the defendants' motions were more extensive than the government had anticipated (the defendants submitted a total of more than 100 exhibits in support of their motions and, with the Court's permission, defendant Greebel filed an overlength brief), and that oral argument on the motion will not be heard until April 7, 2017, the government requests a brief extension of its date to respond to the severance motions from March 1, 2017 to March 3, 2017.  The government also consents to defendant Greebel's follow-on request for a similar extension of the due date for defendants' reply briefs from March 7, 2017 to March 10, 2017.  Pending the Court's approval of both extensions, the defendants consent to this new proposed schedule.

                    Respectfully submitted,

                    ROBERT L. CAPERS
                    United States Attorney

By:   /s/
      Winston M. Paes
      Jacquelyn M. Kasulis
      Alixandra E. Smith
      Assistant U.S. Attorneys
      (718) 254-6023/6103/6370

cc:      All counsel (via ECF)