# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

March 17, 2017

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

RE:   **United States v. Martin Shkreli and Evan Greebel**
      **15 CR 637 (KAM)**

Dear Judge Matsumoto:

We write to join in Mr. Greebel's request to extend the time for defendants to file substantive non-*in limine* motions. (Dkt. No. 171).

On Wednesday, March 15, 2017, this Court granted Mr. Greebel's request to extend the deadline for defendants to file substantive non-*in limine* motions from March 17, 2017 to March 27, 2017. We thank the Court for extending the deadline and for its continued courtesy and patience throughout these proceedings.

Respectfully submitted,

Benjamin Brafman

cc:   All counsel (via ECF)