UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA  :
           :
           :
   -against-    :  Ind. No. 15 CR 637(S-1) (KAM)
           :
           :  **ORAL ARGUMENT REQUESTED**
MARTIN SHKRELI,    :
EVAN GREEBEL,     :
           :
           :
     Defendants.  :
-------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed affidavit of **MARC AGNIFILO, ESQ.**, duly sworn to on the 27th day of March, 2017, the accompanying Memorandum of Law, the indictment, and upon all proceedings previously had herein, the undersigned, on behalf of the Defendant **Martin Shkreli**, will move this Court, before the Honorable Kiyo A. Matsumoto, United States District Judge, Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be fixed by the Court, for an order granting the following relief:

1. Motion to Suppress MSMB Materials Produced to the Government by Retrophin;
2. Prompt Production of Brady materials
3. Motion to Compel Production of Documents from Retrophin

and granting such other and further relief as to this Court may seem just and proper.

Dated: New York, New York
        March 27, 2017

                               Respectfully submitted,

                               **BRAFMAN & ASSOCIATES, P.C.**
                               *Attorneys for Defendant Martin Shkreli*
                               767 Third Avenue, 26th Floor
                               New York, New York 10017
                               Tel - 212-750-7800
                               Fax – 212-750-3906
                               magnifilo@braflaw.com

             By: _____
                       Marc Agnifilo, Esq.
                       MA7195

To:     All Counsel (via ECF and hand delivery)
         Ian Shapiro, Esq. (via hand delivery)