# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

July 5, 2016

**By Regular Mail**

Mr. Winston Paes
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

**RE: United States v. Martin Shkreli and Evan Greebel**
**Ind. No. 15 Cr. 637 (S-1)(KAM)**

Dear Mr. Paes:

Please accept this letter on behalf of MARTIN SHKRELI as a Demand that you immediately produce all exculpatory materials covered by *Brady v. Maryland* and it's progeny which upon information and belief are presently in the possession of the Government, including but not limited to, any statements made by any witness and/or by any party to a consulting agreement(s) that indicate that work contemplated by the consulting agreement(s) was actually performed or intended to be performed where the consulting agreement(s) is the subject of allegations in paragraph 31 and/or Count 7 of the indictment.

Thank you for your courtesy in this matter.

Very truly yours,

Benjamin Brafman

cc: Honorable Kiyo A. Matsumoto (via Regular Mail)
Reed Brodsky, Esq. (via Email)