Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld       *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 1 | BA_0008204 | BA_0008204 |
| 2 | BA_0009581 | |
| 3 | KAT_R_0004971 | KAT_R_0004971 |
| 4 | KAT_R_0004969 | KAT_R_0004969 |
| 5 | KAT_R_0004968 | KAT_R_0004968 |
| 6 | KAT_R_0004966 | KAT_R_0004966 |
| 7 | KAT_R_0004952 | KAT_R_0004952 |
| 8 | BA_0009299 | |
| 9 | BA_0003912 | |
| 10 | BA_0034074 | |
| 11 | BA_0028461 | |
| 12 | BA_0025574 | |
| 13 | BA_0030279 | |
| 14 | BA_0000733 | |
| 15 | BA_0019621 | |
| 16 | BA_0025426 | |
| 17 | BA_0019085 | |
| 18 | BA_0033226 | |
| 19 | BA_0032103 | |
| 20 | BA_0019618 | |
| 21 | BA_0035793 | |
| 22 | BA_0029189 | |

CONFIDENTIAL

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld      *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 23 | KAT_R_0004935 | KAT_R_0004935 |
| 24 | BA_0013928 | BA_0013928 |
| 25 | KAT_R_0002258 | KAT_R_0002258 |
| 26 | BA_0027675 | BA_0027675 |
| 27 | KAT_R_0006003 | KAT_R_0006003 |
| 28 | KAT_R_0008400 | KAT_R_0008400 |
| 29 | KAT_R_0004918 | KAT_R_0004918 |
| 30 | KAT_R_0004916 | KAT_R_0004916 |
| 31 | KAT_R_0004912 | KAT_R_0004912 |
| 32 | KAT_R_0004914 | KAT_R_0004914 |
| 33 | KAT_R_0011326 | KAT_R_0011326 |
| 34 | KAT_R_0020570 | KAT_R_0020570 |
| 35 | KAT_R_0004907 | KAT_R_0004907 |
| 36 | KAT_R_0004906 | KAT_R_0004906 |
| 37 | KAT_R_0007859 | KAT_R_0007859 |
| 38 | KAT_R_0011327 | KAT_R_0011327 |
| 39 | KAT_R_0020569 | KAT_R_0020569 |
| 40 | KAT_R_0004904 | KAT_R_0004904 |
| 41 | KAT_R_0004903 | KAT_R_0004903 |
| 42 | KAT_R_0004901 | KAT_R_0004901 |
| 43 | BA_0011233 | |
| 44 | BA_0027565 | |

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld   *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 45 | KAT_R_0004899 | KAT_R_0004899 |
| 46 | KAT_R_0004896 | KAT_R_0004896 |
| 47 | BA_0020161 | BA_0020161 |
| 48 | BA_0005188 | BA_0005188 |
| 49 | BA_0032267 | BA_0032267 |
| 50 | KAT_R_0009901 | KAT_R_0009901 |
| 51 | BA_0015990 | |
| 52 | BA_0034080 | |
| 53 | KAT_R_0005393 | KAT_R_0005393 |
| 54 | KAT_R_0007844 | KAT_R_0007844 |
| 55 | KAT_R_0005380 | KAT_R_0005380 |
| 56 | KAT_R_0007831 | KAT_R_0007831 |
| 57 | BA_0011296 | BA_0011296 |
| 58 | BA_0025417 | BA_0025417 |
| 59 | KAT_R_0004892 | KAT_R_0004892 |
| 60 | BA_0004488 | |
| 61 | BA_0018711 | |
| 62 | BA_0015527 | BA_0015527 |

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld      *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 63 | BA_0016450 | BA_0016450 |
| 64 | BA_0031113 | BA_0031113 |
| 65 | BA_0016876 | |
| 66 | KAT_R_0005303 | KAT_R_0005303 |
| 67 | KAT_R_0018363 | KAT_R_0018363 |
| 68 | KAT_R_0011333 | KAT_R_0011333 |
| 69 | KAT_R_0012628 | KAT_R_0012628 |
| 70 | KAT_R_0012624 | KAT_R_0012624 |
| 71 | KAT_R_0016088 | KAT_R_0016088 |
| 72 | KAT_R_0018014 | KAT_R_0018014 |
| 73 | KAT_R_0012620 | KAT_R_0012620 |
| 74 | KAT_R_0012618 | KAT_R_0012618 |
| 75 | BA_0000836 | |
| 76 | BA_0033990 | |
| 77 | BA_0013451 | |
| 78 | BA_0019716 | |
| 79 | BA_0024168 | |
| 80 | BA_0031630 | |
| 81 | BA_0016914 | |

CONFIDENTIAL

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld                *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 82 | BA_0028004 | |
| 83 | BA_0015509 | |
| 84 | BA_0024830 | |
| 85 | KAT_R_0012613 | KAT_R_0012613 |
| 86 | KAT_R_0012612 | KAT_R_0012612 |
| 87 | KAT_R_0012611 | KAT_R_0012611 |
| 88 | KAT_R_0018957 | KAT_R_0018957 |
| 89 | KAT_R_0012610 | KAT_R_0012610 |
| 90 | KAT_R_0012608 | KAT_R_0012608 |
| 91 | KAT_R_0018707 | KAT_R_0018707 |
| 92 | KAT_R_0012606 | KAT_R_0012606 |
| 93 | KAT_R_0012588 | KAT_R_0012588 |
| 94 | KAT_R_0012583 | KAT_R_0012583 |
| 95 | KAT_R_0012577 | KAT_R_0012577 |
| 96 | KAT_R_0012571 | KAT_R_0012571 |
| 97 | KAT_R_0012564 | KAT_R_0012564 |
| 98 | KAT_R_0012557 | KAT_R_0012557 |
| 99 | KAT_R_0012549 | KAT_R_0012549 |

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld          *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 100 | KAT_R_0012541 | KAT_R_0012541 |
| 101 | KAT_R_0011594 | KAT_R_0011594 |
| 102 | KAT_R_0012459 | KAT_R_0012459 |
| 103 | BA_0018902 | |
| 104 | KAT_R_0012443 | KAT_R_0012443 |
| 105 | KAT_R_0012109 | KAT_R_0012109 |
| 106 | KAT_R_0020494 | KAT_R_0020494 |
| 107 | KAT_R_0012110 | KAT_R_0012110 |
| 108 | KAT_R_0020493 | KAT_R_0020493 |
| 109 | KAT_R_0012442 | KAT_R_0012442 |
| 110 | KAT_R_0012441 | KAT_R_0012441 |
| 111 | KAT_R_0012437 | KAT_R_0012437 |
| 112 | BA_0000017 | |
| 113 | BA_0013676 | |
| 114 | KAT_R_0012436 | KAT_R_0012436 |
| 115 | KAT_R_0019304 | KAT_R_0019304 |
| 116 | KAT_R_0020476 | KAT_R_0020476 |
| 117 | KAT_R_0019305 | KAT_R_0019305 |
| 118 | KAT_R_0020475 | KAT_R_0020475 |
| 119 | BA_0006823 | |
| 120 | BA_0021309 | |

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld    *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 121 | BA_0028193 | |
| 122 | KAT_R_0011158 | KAT_R_0011158 |
| 123 | KAT_R_0012681 | KAT_R_0012681 |
| 124 | BA_0015639 | |
| 125 | KAT_R_0019685 | KAT_R_0019685 |
| 126 | KAT_R_0019700 | KAT_R_0019700 |
| 127 | KAT_R_0020111 | KAT_R_0020111 |
| 128 | KAT_R_0020435 | KAT_R_0020435 |
| 129 | KAT_R_0020096 | KAT_R_0020096 |
| 130 | BA_0033054 | |
| 131 | BA_0034482 | |
| 132 | KAT_R_0020078 | KAT_R_0020078 |
| 133 | KAT_R_0020077 | KAT_R_0020077 |
| 134 | BA_0024693 | |
| 135 | BA_0015619 | |
| 136 | BA_0019026 | BA_0019026 |
| 137 | BA_0025545 | BA_0025545 |
| 138 | KAT_R_0019751 | KAT_R_0019751 |
| 139 | KAT_R_0020403 | KAT_R_0020403 |
| 140 | BA_0029964 | BA_0029964 |
| 141 | BA_0011479 | |
| 142 | BA_0023907 | |

CONFIDENTIAL

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld                    *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 143 | BA_0005799 | BA_0005799 |
| 144 | BA_0006116 | BA_0006116 |
| 145 | BA_0017830 | |
| 146 | BA_0028464 | |
| 147 | BA_0033698 | |
| 148 | BA_0000470 | |
| 149 | BA_0024819 | |
| 150 | BA_0015638 | |
| 151 | BA_0000740 | BA_0000740 |
| 152 | BA_0008606 | |
| 153 | BA_0012294 | |
| 154 | BA_0034361 | BA_0034361 |
| 155 | BA_0029081 | |
| 156 | BA_0006352 | BA_0006352 |
| 157 | BA_0009093 | |
| 158 | BA_0019901 | |
| 159 | BA_0010854 | BA_0010854 |

CONFIDENTIAL                                                                              Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld          *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 160 | BA_0016693 | BA_0016693 |
| 161 | BA_0017486 | BA_0017486 |
| 162 | BA_0017321 | |
| 163 | BA_0028300 | |
| 164 | BA_0000213 | |
| 165 | BA_0009043 | |
| 166 | BA_0015656 | |
| 167 | BA_0031046 | |
| 168 | BA_0019701 | |
| 169 | BA_0019861 | |
| 170 | BA_0028733 | |
| 171 | BA_0012586 | |
| 172 | BA_0012912 | |
| 173 | BA_0008141 | |
| 174 | BA_0016177 | |
| 175 | BA_0006375 | |
| 176 | BA_0009960 | |
| 177 | BA_0033636 | BA_0033636 |
| 178 | BA_0047050 | |
| 179 | BA_0073584 | |
| 180 | BA_0069467 | BA_0069467 |
| 181 | BA_0062368 | |
| 182 | BA_0062934 | |

CONFIDENTIAL

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld       *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 183 | BA_0073611 | |
| 184 | BA_0074012 | |
| 185 | BA_0048609 | |
| 186 | BA_0062616 | |
| 187 | BA_0053092 | |
| 188 | BA_0077899 | |
| 189 | BA_0048848 | |
| 190 | BA_0056334 | |
| 191 | BA_0052499 | BA_0052499 |
| 192 | BA_0040050 | |
| 193 | BA_0048744 | |
| 194 | BA_0036824 | BA_0036824 |
| 195 | BA_0060711 | BA_0060711 |
| 196 | BA_0055167 | BA_0055167 |
| 197 | BA_0073612 | BA_0073612 |
| 198 | BA_0060356 | BA_0060356 |
| 199 | BA_0070797 | BA_0070797 |
| 200 | BA_0043034 | BA_0043034 |
| 201 | BA_0043646 | BA_0043646 |
| 202 | BA_0087359 | BA_0087359 |
| 203 | BA_0040213 | |
| 204 | BA_0064348 | |
| 205 | BA_0082132 | |
| 206 | BA_0079296 | |
| 207 | BA_0085231 | |
| 208 | BA_0061912 | BA_0061912 |

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 209 | BA_0081859 | BA_0081859 |
| 210 | BA_0047392 | |
| 211 | BA_0047690 | |
| 212 | BA_0048581 | |
| 213 | BA_0051803 | |
| 214 | BA_0052978 | |
| 215 | BA_0055477 | |
| 216 | BA_0071222 | |
| 217 | BA_0039374 | BA_0039374 |
| 218 | BA_0073756 | BA_0073756 |
| 219 | BA_0044549 | |
| 220 | BA_0061007 | |
| 221 | BA_0048889 | BA_0048889 |
| 222 | BA_0064280 | BA_0064280 |
| 223 | BA_0061517 | |
| 224 | BA_0047391 | |
| 225 | BA_0074211 | BA_0074211 |
| 226 | BA_0076675 | BA_0076675 |
| 227 | BA_0070117 | |
| 228 | BA_0076469 | |

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld                    *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 229 | BA_0063782 | |
| 230 | BA_0073599 | |
| 231 | BA_0039713 | BA_0039713 |
| 232 | BA_0052673 | BA_0052673 |
| 233 | BA_0053799 | |
| 234 | BA_0070628 | |
| 235 | BA_0086089 | BA_0086089 |
| 236 | BA_0059930 | |
| 237 | BA_0067476 | |
| 238 | BA_0047520 | BA_0047520 |
| 239 | BA_0083836 | BA_0083836 |
| 240 | BA_0049323 | BA_0049323 |
| 241 | BA_0056576 | BA_0056576 |
| 242 | BA_0050252 | |
| 243 | BA_0060345 | |
| 244 | BA_0064367 | |

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld          *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 245 | BA_0070963 | |
| 246 | BA_0045603 | BA_0045603 |
| 247 | BA_0086224 | BA_0086224 |
| 248 | BA_0067158 | |
| 249 | BA_0069003 | |
| 250 | BA_0036633 | |
| 251 | BA_0059691 | BA_0059691 |
| 252 | BA_0060705 | BA_0060705 |
| 253 | BA_0081487 | BA_0081487 |
| 254 | BA_0072502 | BA_0072502 |
| 255 | BA_0066907 | BA_0066907 |
| 256 | BA_0062493 | BA_0062493 |
| 257 | BA_0070023 | |
| 258 | BA_0050088 | BA_0050088 |
| 259 | BA_0039263 | BA_0039263 |

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld

*U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 260 | BA_0044593 | |
| 261 | BA_0077219 | |
| 262 | BA_0053372 | BA_0053372 |
| 263 | BA_0048610 | |
| 264 | BA_0061692 | |
| 265 | BA_0072729 | |
| 266 | BA_0055600 | |
| 267 | BA_0068822 | |
| 268 | BA_0076293 | |
| 269 | BA_0051421 | |
| 270 | BA_0064290 | |
| 271 | BA_0038168 | |
| 272 | BA_0039926 | |
| 273 | BA_0060579 | |
| 274 | BA_0084786 | |
| 275 | BA_0067734 | |

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld    *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 276 | BA_0078137 | |
| 277 | BA_0053182 | |
| 278 | BA_0052452 | BA_0052452 |
| 279 | BA_0070131 | BA_0070131 |
| 280 | BA_0048918 | |
| 281 | BA_0060560 | |
| 282 | BA_0050218 | |
| 283 | BA_0078537 | |
| 284 | BA_0044254 | |
| 285 | BA_0049387 | |
| 286 | BA_0063912 | |
| 287 | BA_0069304 | |
| 288 | BA_0062617 | |
| 289 | BA_0087509 | |
| 290 | BA_0058543 | |
| 291 | BA_0073421 | |
| 292 | BA_0060519 | |
| 293 | BA_0053423 | |

CONFIDENTIAL

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld

*U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 294 | BA_0059689 | |
| 295 | BA_0047426 | |
| 296 | BA_0079163 | BA_0079163 |
| 297 | BA_0072163 | |
| 298 | BA_0085333 | |
| 299 | BA_0066146 | |
| 300 | BA_0059798 | BA_0059798 |
| 301 | BA_0056782 | |
| 302 | BA_0070197 | |
| 303 | BA_0067023 | |
| 304 | BA_0071657 | |

CONFIDENTIAL

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld       *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 305 | BA_0038438 | |
| 306 | BA_0044497 | |
| 307 | BA_0078275 | |
| 308 | BA_0081842 | |
| 309 | BA_0056638 | |
| 310 | BA_0045327 | |
| 311 | BA_0043751 | |
| 312 | BA_0053087 | |
| 313 | BA_0075549 | |
| 314 | BA_0055551 | |
| 315 | BA_0062363 | |
| 316 | BA_0057215 | BA_0057215 |
| 317 | BA_0038617 | |
| 318 | BA_0082210 | |
| 319 | BA_0083794 | BA_0083794 |
| 320 | BA_0049191 | BA_0049191 |

CONFIDENTIAL

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld   *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 321 | BA_0045334 | |
| 322 | BA_0069074 | |
| 323 | BA_0039396 | |
| 324 | BA_0073116 | |
| 325 | BA_0042829 | |
| 326 | BA_0053016 | |
| 327 | BA_0074987 | |
| 328 | BA_0079408 | |
| 329 | BA_0058574 | |
| 330 | BA_0077236 | |
| 331 | BA_0038521 | |
| 332 | BA_0066166 | |
| 333 | BA_0047260 | |
| 334 | BA_0074894 | |
| 335 | BA_0050828 | |
| 336 | BA_0060699 | |
| 337 | BA_0076652 | |

CONFIDENTIAL

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld     *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 338 | BA_0081476 | |
| 339 | BA_0085598 | |
| 340 | BA_0080660 | |
| 341 | BA_0084532 | |
| 342 | BA_0043758 | |
| 343 | BA_0064287 | |
| 344 | BA_0039205 | |
| 345 | BA_0079084 | |
| 346 | BA_0060438 | |
| 347 | BA_0076482 | |
| 348 | BA_0058991 | |
| 349 | BA_0077912 | |
| 350 | BA_0067560 | |
| 351 | BA_0035964 | |
| 352 | BA_0066623 | |
| 353 | BA_0060797 | |
| 354 | BA_0075478 | |
| 355 | BA_0077534 | |
| 356 | BA_0062606 | |

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld          *U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)



| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 357 | BA_0078627 | |
| 358 | BA_0045281 | |
| 359 | BA_0053088 | |
| 360 | BA_0065026 | BA_0065026 |
| 361 | BA_0047863 | |
| 362 | BA_0056241 | |
| 363 | BA_0079034 | |
| 364 | BA_0040371 | |
| 365 | BA_0069115 | |
| 366 | BA_0070239 | |
| 367 | BA_0057465 | |
| 368 | BA_0064162 | |
| 369 | BA_0056232 | |
| 370 | BA_0073601 | |
| 371 | BA_0038054 | |
| 372 | BA_0036543 | |
| 373 | BA_0051430 | BA_0051430 |
| 374 | BA_0048995 | |
| 375 | BA_0082130 | |
| 376 | BA_0038249 | |
| 377 | BA_0072676 | |
| 378 | BA_0065836 | |

CONFIDENTIAL

Names of attorneys are marked with asterisks

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld

*U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 379 | BA_0076648 | |
| 380 | BA_0039715 | |
| 381 | BA_0060383 | |
| 382 | BA_0058420 | |
| 383 | BA_0079173 | |
| 384 | BA_0081617 | |
| 385 | BA_0084547 | |
| 386 | BA_0062998 | |
| 387 | BA_0060794 | |
| 388 | BA_0043831 | |
| 389 | BA_0057124 | |
| 390 | BA_0044532 | |
| 391 | BA_0058545 | |
| 392 | BA_0048034 | BA_0048034 |
| 393 | BA_0070772 | |

Retrophin, Inc.'s Privilege Log of E-mail Families To Be Withheld

*U.S. v. Shkreli and Greebel*, E.D.N.Y. No. 15 Cr. 637 (KAM)

| # | Bates # | Parent Bates # |
|---|---------|----------------|
| 394 | BA_0047419 | |
| 395 | BA_0083320 | |
| 396 | BA_0049888 | |
| 397 | BA_0057157 | |
| 398 | BA_0060028 | |
| 399 | BA_0064363 | |
| 400 | BA_0038444 | |
| 401 | BA_0063485 | BA_0063485 |
| 402 | BA_0074989 | BA_0074989 |
| 403 | BA_0053086 | |
| 404 | BA_0075385 | |
| 405 | BA_0077872 | |
| 406 | BA_0038697 | |
| 407 | BA_0039977 | |
| 408 | BA_0064272 | |
| 409 | BA_0073045 | |
| 410 | BA_0065784 | BA_0065784 |
| 411 | BA_0070311 | BA_0070311 |

CONFIDENTIAL

Names of attorneys are marked with asterisks