# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

March 27, 2017

VIA ECF

The Honorable Kiyo Matsumoto
United States District Court Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Shkreli and Greebel*, S1 15 Cr. 637 (KAM)

Dear Judge Matsumoto:

On behalf of Evan Greebel, we respectfully submit this letter to provide an update to the Court regarding our motion to obtain documents from Retrophin, Inc. Since our letter to the Court dated March 17, 2017, we have continued to confer with counsel for Retrophin and have had productive conversations. Given this progress, and in the interest of conserving the Court's time and resources, we do not intend to file a motion to compel at this time. If we reach an impasse in the future, we will seek the Court's intervention at that point.

We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

Reed Brodsky

cc:   All counsel (via ECF)
      Ian Shapiro, Esq., counsel for Retrophin, Inc. (via email)