# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

March 29, 2017

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

**RE:** **United States v. Martin Shkreli**
**15 CR 637 (KAM)**

Dear Judge Matsumoto:

On March 27, 2017, we submitted a Motion to Compel Retrophin to produce documents along with other substantive motions (Dkt. No. 174). In that motion among other things, we asked the Court to compel Retrophin to produce documents to Mr. Shkreli. Some of the documents in question were a subset of the documents produced to Retrophin by Katten Muchin Rosenman, LLP and by our firm to Retrophin pursuant to our September 28, 2016 subpoena and pursuant to the Court's Orders of November 30, 2016, December 6, 2016 and December 16, 2016. The subset that we requested for the Court to compel is the group of documents that Retrophin was ready to produce with redactions and documents over which Retrophin is not asserting privilege.

We write to advise the Court that Retrophin previously made this subset of documents available to us and accordingly we withdraw that part of our motion to compel.

Thank you for your consideration and patience in this and all other matters.

Respectfully,

Andrea Zellan

cc: All Counsel via ECF
    Ian Shapiro