UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

        **Plaintiff**

    -v-                                        NOTICE OF APPEARANCE

MARTIN SHKRELI                   Docket No. 15 Cr 00637 (KAM)

        **Defendant,**

--------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Jacob Kaplan, Esq. of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for the Defendant MARTIN SHKRELI in the above-captioned matter.

                                                       /s/
                                           Jacob Kaplan, Esq.
                                           Brafman & Associates, P.C.
                                           767 Third Avenue, 26th Floor
                                           New York, New York 10017
                                           Phone: (212) 750-7800
                                           Fax: (212) 750-3906
                                           E-mail: jkaplan@braflaw.com

Dated: New York, New York
           April 7, 2017