# EXHIBIT 1



William J. Schwartz
+1 212 479 6290
wschwartz@cooley.com

September 29, 2015

ATTN: Eric Schmidt
ENF-CPU
U.S. Securities and Exchange Commission
100 F. St. N.E. Mailstop 5973
Washington, D.C. 20549-5973

**RE: In the Matter of MSMB Capital Management LLC Valuation (NY-8799)
September 29, 2015 Retrophin Production**

Dear Eric:

Please find enclosed a CD containing files Bates-stamped RTRX000001167 - RTRX000004483. Per your recent request, the CD contains the documents we used in our presentation on March 26, 2015 and the documents we used in our presentation to the United States Attorney's Office for the Eastern District of New York on September 11, 2015.

For added convenience, we have also included e-binders on the CD which correspond to the presentations we made on March 26 and September 11. Please call if you have any questions.

Sincerely,

William J. Schwartz

cc:   Ian Shapiro

**FOIA Confidential Treatment Requested**                                                         RTRX000001166.0001

# March 26, 2015

# Securities & Exchange Commission
# Retrophin Presentation

FOIA Confidential Treatment Requested

RTRX000003128

# September 11, 2015

# Eastern District of New York Retrophin Presentation

# Board of Directors

FOIA Confidential Treatment Requested

# September 11, 2015

# Eastern District of New York
# Retrophin Presentation

# Rescinded Gift

FOIA Confidential Treatment Requested

RTRX000003936



William J. Schwartz
+1 212 479 6290
wschwartz@cooley.com

June 24, 2015

ATTN: Eric Schmidt
U.S. Securities and Exchange Commission
100 F. St., N.E., Mailstop 5973
Washington, D.C. 20549-5973

RE: **In the Matter of MSMB Capital Management LLC Valuation (NY-8799)**
    **June 17, 2015 Retrophin Production**

Dear Eric:

Please find enclosed a CD containing files Bates numbered RTRX000000563 - RTRX000001166, which corresponds to the binder of documents we produced in our June 17, 2015 presentation. The documents on the disk appear in the same order as they do in the binder. The file is encrypted, and we will send you the password information under separate cover.

Please call if you have any questions.

Sincerely,

William J. Schwartz

cc: Ian Shapiro

1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 T: (212) 479-6000 F: (212) 479-6275 WWW.COOLEY.COM

FOIA Confidential Treatment Requested                                RTRX000000562.001