# Cooley

William J. Schwartz  
+1 212 479 6290  
wschwartz@cooley.com

VIA ECF

April 18, 2017

The Honorable Kiyo A. Matsumoto  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: *United States v. Shkreli and Greebel*, No. 15-CR-00637 (KAM)

Dear Judge Matsumoto:

I write on behalf of non-party Retrophin, Inc. and in response to Mr. Shkreli's Reply Memorandum of Law in support of his motion to compel (ECF No. 192).

Retrophin does not anticipate making any further offers to waive privilege to accommodate Mr. Shkreli. Retrophin therefore opposes Mr. Shkreli's proposal to delay a resolution of his own motion to compel in order to permit more negotiations and (potentially) more briefing. *See* Reply Mem. at 1. The motion should be denied. *See generally* Mem. in Opp., ECF No. 187.

The e-mail concerning the April 22, 2013 meeting of Retrophin's board of directors, which Mr. Shkreli describes in his reply memorandum (Reply Mem. at 8-9), was not redacted. Only the attached draft minutes were redacted. Retrophin will revise its redactions to make the nature of its privilege claim clearer and will transmit the document, as revised, to counsel for Mr. Shkreli.

Respectfully submitted,

William J. Schwartz

cc: Counsel for the Parties (Via ECF)