# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

April 19, 2017

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

RE: **United States v. Martin Shkreli 15 CR 637 (KAM)**

Dear Judge Matsumoto:

As part of the bail conditions in this case, Martin Shkreli's travel is restricted to the Eastern and Southern Districts of New York. We write to respectfully request that the Court modify the bail conditions to allow for Mr. Shkreli to travel to Princeton, N.J., for a speaking engagement on April 28, 2017.

Pretrial Services Officer Melissa Roman has no objection to our request. We have spoken with AUSA Alixandra Smith and the Government takes no position. If the Court grants Mr. Shkreli's request to travel, Mr. Shkreli will provide his travel itinerary to Officer Roman.

Thank you for your consideration.

Respectfully,

Benjamin Brafman

cc: AUSA Alixandra Smith (via ECF)
Pretrial Services Officer Melissa Roman (via email)