UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA                :
                                        :
          -against-                     :
                                        :   Ind. No. 15 CR 637(S-1) (KAM)
                                        :
MARTIN SHKRELI,                         :
EVAN GREEBEL,                           :
                                        :
          Defendants.                   :
-------------------------------------------------------------X

# DEFENDANT MARTIN SHKRELI'S REQUEST TO CHARGE

By:  **Brafman & Associates, PC**
     *Attorneys for Martin Shkreli*
     767 3rd Avenue, 26th Fl.
     New York, NY 10017
     Tel - 212-750-7800
     Fax – 212-750-3906
     bbrafman@braflaw.com

Of Counsel:  Benjamin Brafman
             Andrea Zellan
             Marc Agnifilo
             Jacob Kaplan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA         :
                                 :
                                 :
         -against-               :
                                 :   Ind. No. 15 CR 637(S-1) (KAM)
                                 :
MARTIN SHKRELI,                  :   **REQUEST TO CHARGE**
EVAN GREEBEL,                    :
                                 :
         Defendants.             :
-----------------------------------------------------------------X

Martin Shkreli respectfully requests that the Court charge the jury using the below instructions from Sand, Modern Federal Jury Instructions. In addition, Martin Shkreli reserves the right to request additional or different charges based on the trial evidence.

a. Function of the Court, the Jury, and Counsel

b. Role of the Court

c. Role of the Jury

d. Juror Obligations

e. The Government as a Party

f. Improper Considerations

g. Publicity

h. Jury to Consider Only This Defendant

i. Indictment Is Not Evidence

j. The Charges

k. Consider Only the Charges

2

l.  Multiple Counts – One Defendant

m.  The Statutes

    Count One:    Conspiracy to Commit Securities Fraud
                          Title 18, United States Code, Sections 371

    Count Two:    Conspiracy to Commit Wire Fraud
                          Title 18, United States Code, Sections 1349

    Count Three:  Securities Fraud
                          Title 15, United States Code, Sections 78j(b) and 78ff;

    Count Four:   Conspiracy to Commit Securities Fraud
                          Title 18, United States Code, Sections 371

    Count Five:   Conspiracy to Commit Wire Fraud
                          Title 18, United States Code, Sections 1349

    Count Six:    Securities Fraud
                          Title 15, United States Code, Sections 78j(b) and 78ff;

    Count Seven:  Conspiracy to Commit Wire Fraud
                          Title 18, United States Code, Sections 1349

    Count Eight:  Conspiracy to Commit Securities Fraud
                          Title 18, United States Code, Sections 371

n.  Scienter

o.  Presumption of Innocence and Burden of Proof

p.  Reasonable Doubt

q.  Number of Witnesses and Uncontradicted Testimony

r.  General Evidence Instructions

s.  Charts and Summaries

t.  Witness Credibility

u.  Law Enforcement Witness

v.  Good Faith Defense; and

w.  Reliance on Counsel Defense

Dated:  New York, New York
April 21, 2017

Respectfully submitted,

Benjamin Brafman
Marc Agnifilo
Andrea Zellan
Jacob Kaplan

**Brafman & Associates, P.C.**
*Attorneys for Martin Shkreli*
767 Third Avenue, 26th Fl.
New York, NY 10017
(212) 750 -7800

To:  The Court (via hand delivery)
All Counsel (via ECF)

4