UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

MARTIN SHKRELI,
EVAN GREEBEL,

             Defendants.

-----------------------------------------------------------------X

Ind. No. 15 CR 637(S-1) (KAM)

**DEFENDANT MARTIN SHKRELI'S PROPOSED JURY QUESTIONNAIRE**

By:     **Brafman & Associates, P.C.**
*Attorneys for Martin Shkreli*
767 3rd Avenue, 26th Fl.
New York, NY 10017
Tel - 212-750-7800
Fax – 212-750-3906
bbrafman@braflaw.com

Of Counsel:    Benjamin Brafman
                  Andrea Zellan
                  Marc Agnifilo
                  Jacob Kaplan

Pursuant to Rule 24 of the Federal Rules of Criminal Procedure and this Court's Amended Scheduling Order (Dkt. No. 147) defendant Martin Shkreli respectfully requests that the Court include the following questions when examining prospective jurors in this case:

1.

2.

3.

4.

5.



6.

7.

8.

9.



2

10.

11.

12.

13.

14.



15.

16.



Dated:        New York, New York
                April 21, 2017

Respectfully submitted,

Benjamin Brafman
Marc Agnifilo
Andrea Zellan
Jacob Kaplan

**Brafman & Associates, P.C.**
*Attorneys for Martin Shkreli*
767 Third Avenue, 26th Fl.
New York, NY 10017
(212) 750 -7800

To:        The Court (via hand delivery)
           All Counsel (via ECF)