# EXHIBIT D1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | VERDICT SHEET |
| - against - | 15 CR 637 (S-1) (KAM) |
| MARTIN SHKRELI, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**AS TO COUNT ONE:  Conspiracy to Commit Securities Fraud – MSMB Capital**

1. On the charge of conspiracy to commit securities fraud in connection with MSMB Capital in COUNT ONE, how do you find the defendant **MARTIN SHKRELI**?

    **GUILTY** \_\_\_\_\_        **NOT GUILTY** \_\_\_\_\_

**AS TO COUNT TWO:  Conspiracy to Commit Wire Fraud – MSMB Capital**

2. On the charge of conspiracy to commit wire fraud in connection with MSMB Capital in COUNT TWO, how do you find the defendant **MARTIN SHKRELI**?

    **GUILTY** \_\_\_\_\_        **NOT GUILTY** \_\_\_\_\_

**AS TO COUNT THREE:  Securities Fraud – MSMB Capital**

3. On the charge of securities fraud in connection with MSMB Capital in COUNT THREE, how do you find the defendant **MARTIN SHKRELI**?

    **GUILTY** \_\_\_\_\_        **NOT GUILTY** \_\_\_\_\_

**AS TO COUNT FOUR:  Conspiracy to Commit Securities Fraud – MSMB Healthcare**

4. On the charge of conspiracy to commit securities fraud in connection with MSMB Healthcare in COUNT FOUR, how do you find the defendant **MARTIN SHKRELI**?

    **GUILTY** \_\_\_\_\_        **NOT GUILTY** \_\_\_\_\_

**AS TO COUNT FIVE: Conspiracy to Commit Wire Fraud – MSMB Healthcare**

5. On the charge of conspiracy to commit wire fraud in connection with MSMB Healthcare in COUNT FIVE, how do you find the defendant **MARTIN SHKRELI**?

   **GUILTY** \_\_\_\_\_   **NOT GUILTY** \_\_\_\_\_

**AS TO COUNT SIX: Securities Fraud – MSMB Healthcare**

6. On the charge of securities fraud in connection with MSMB Healthcare in COUNT SIX, how do you find the defendant **MARTIN SHKRELI**?

   **GUILTY** \_\_\_\_\_   **NOT GUILTY** \_\_\_\_\_

**AS TO COUNT SEVEN: Conspiracy to Commit Wire Fraud – Retrophin**

7. On the charge of conspiracy to commit wire fraud in connection with Retrophin in COUNT SEVEN, how do you find the defendant **MARTIN SHKRELI**?

   **GUILTY** \_\_\_\_\_   **NOT GUILTY** \_\_\_\_\_

**AS TO COUNT EIGHT: Conspiracy to Commit Securities Fraud – Retrophin**

8. On the charge of conspiracy to commit securities fraud in connection with Retrophin in COUNT EIGHT, how do you find the defendant **MARTIN SHKRELI**?

   **GUILTY** \_\_\_\_\_   **NOT GUILTY** \_\_\_\_\_

DATED: Brooklyn, NY

_____, 2017