# EXHIBIT D2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                     <u>VERDICT SHEET</u>

 - against -                                             15 CR 637 (S-1) (KAM)

EVAN GREEBEL,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**AS TO COUNT ONE:  Conspiracy to Commit Wire Fraud**

1. On the charge of conspiracy to commit wire fraud in connection with Retrophin in COUNT ONE, how do you find the defendant **EVAN GREEBEL**?

  **GUILTY** \_\_\_\_\_  **NOT GUILTY** \_\_\_\_\_

**AS TO COUNT TWO:  Conspiracy to Commit Securities Fraud**

2. On the charge of conspiracy to commit securities fraud in connection with Retrophin in COUNT TWO, how do you find the defendant **EVAN GREEBEL**?

  **GUILTY** \_\_\_\_\_  **NOT GUILTY** \_\_\_\_\_

DATED:   Brooklyn, NY
    _____, 2017

1