UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MARTIN SHKRELI and EVAN GREEBEL,<br><br>*Defendants*. | S1 15 Cr. 637 (KAM)<br><br>**<u>PROPOSED VERDICT FORM</u>** |

PLEASE CHECK YOUR ANSWER AS TO EACH

**The Jury's verdict must be unanimous on each count.**

**<u>COUNT SEVEN</u>**

How do you find Evan Greebel on Count Seven, Conspiracy to Commit Wire Fraud?

\_\_\_\_\_ Not Guilty           \_\_\_\_\_ Guilty

**<u>COUNT EIGHT</u>**

How do you find Evan Greebel on Count Eight, Conspiracy to Commit Securities Fraud?

\_\_\_\_\_ Not Guilty           \_\_\_\_\_ Guilty

**Please sign and date the form and tell the Marshal that the jury has reached a verdict.**

Dated: _____, 2017           _____
                                              Signature of Foreperson