*United States v. Shkreli and Greebel*, E.D.N.Y. No. 15-CR-637
**Names and Titles of Persons Listed on Retrophin's Privilege Logs**



*United States v. Shkreli and Greebel*, E.D.N.Y. No. 15-CR-637
**Names and Titles of Persons Listed on Retrophin's Privilege Logs**

# REDACTED