# EXHIBIT 1

# Cooley

William J. Schwartz               VIA ECF
+1 212 479 6290
wschwartz@cooley.com

April 18, 2017

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Shkreli and Greebel*, No. 15-CR-00637 (KAM)

Dear Judge Matsumoto:

I write on behalf of non-party Retrophin, Inc. and in response to Mr. Shkreli's Reply Memorandum of Law in support of his motion to compel (ECF No. 192).

Retrophin does not anticipate making any further offers to waive privilege to accommodate Mr. Shkreli. Retrophin therefore opposes Mr. Shkreli's proposal to delay a resolution of his own motion to compel in order to permit more negotiations and (potentially) more briefing. *See* Reply Mem. at 1. The motion should be denied. *See generally* Mem. in Opp., ECF No. 187.

The e-mail concerning the April 22, 2013 meeting of Retrophin's board of directors, which Mr. Shkreli describes in his reply memorandum (Reply Mem. at 8-9), was not redacted. Only the attached draft minutes were redacted. Retrophin will revise its redactions to make the nature of its privilege claim clearer and will transmit the document, as revised, to counsel for Mr. Shkreli.

Respectfully submitted,

William J. Schwartz

cc:     Counsel for the Parties (Via ECF)