# EXHIBIT 2

| | |
|---|---|
| **From:** | Martin Shkreli |
| **Sent:** | Saturday, October 04, 2014 9:49 PM |
| **To:** | |
| **Cc:** | |
| **Subject:** | Re: Termination Notice |



-----Original Message-----
From: Stephen Aselage <                              >
To: Martin Shkreli <                              >
Cc: Fazela Mohamed <                         >; evan.greebel <                                   >; Meg Valeur-Jensen <                              >; neal <                              >; sgrichardson2 <                              >; Andrew Savage <                              >
Sent: Sat, Oct 4, 2014 5:45 pm
Subject: RE: Termination Notice

I have a job to do and I will do it to the best of my ability.  You seem confused to be dealing with people who are honest and who you can't buy.    Suggest you step back.

The only thing you've said that I believe will come to pass is that law enforcement will eventually be involved and that both you and the lawyer who has functioned in the inherent conflict of interest situation of representing you personally and supposedly the company simultaneously will not be happy with the way it turns out.

Steve

**From:** Martin Shkreli [                              ]
**Sent:** Saturday, October 04, 2014 2:39 PM
**To:** Stephen Aselage
**Cc:** Fazela Mohamed;                              ; Meg Valeur-Jensen;                              ;                              ; Andrew Savage
**Subject:** Re: Termination Notice

Steve,

1

Confidential - Rule 6(e) Grand Jury Materials
FOIA Confidential Treatment Requested

SR000022

This is a matter for the court. You and the rest of the BOD have interpreted a contract one way. I have interpreted it another. We will find out who prevails soon, but don't be so arrogant to assume you are correct. I, for one, would be extremely careful about going out on a limb for something you don't have much of a stake in.

Martin


-----Original Message-----
From: Stephen Aselage <​​​​​​​​​​>
To: Martin Shkreli <​​​​​​​​​​>
Cc: Fazela Mohamed <​​​​​​​​​​>; evan.greebel <​​​​​​​​​​>; Meg Valeur-Jensen <​​​​​​​​​​>; neal <​​​​​​​​​​>; Steve Richardson <​​​​​​​​​​>; Andrew Savage <​​​​​​​​​​>
Sent: Sat, Oct 4, 2014 5:36 pm
Subject: RE: Termination Notice

Martin,

As you are aware, you have been placed on leave and have no authority to direct anything or anyone.

Mr. Greebel, you are on very dangerous ground if you hope to continue to practice law.  Suggest you take a deep breath and think about where you are going with Martin.

Fazela, apologies for being put in this position.

Steve


**From:** Martin Shkreli []
**Sent:** Saturday, October 04, 2014 1:38 PM
**To:** Stephen Aselage
**Cc:** Fazela Mohamed;
**Subject:** Termination Notice

Steve,

Pursuant to your EA, I have elected to terminate your employment from Retrophin. Please cease and desist from using any of Retrophin's electronic equipment or appearing at any of Retrophin's offices. I am sorry it has come to this, but your unauthorized and illegal action of attempting to usurp my authority using an unrecognized tool of a "suspension" or "leave" is unacceptable.

Fazela, please take the appropriate actions.

Martin Shkreli

2

Confidential - Rule 6(e) Grand Jury Materials
FOIA Confidential Treatment Requested

SR000023