UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------X

UNITED STATES OF AMERICA

- against -

MARTIN SHKRELI and EVAN GREEBEL,

Defendants.

------------------X

ORDER

15 CR 637 (KAM)

      In connection with the defendant Martin Shkreli's motions filed on March 27, 2017 to suppress documents and to compel Retrophin, Inc. to provide certain documents, counsel for Shkreli requested (at oral arguments on April 26, 2017 and May 12, 2017) that the government provide Shkreli with copies of all grand jury subpoenas served on Retrophin, Inc. On May 16, 2017, counsel for the defendant Evan Greebel requested that Greebel also receive copies of grand jury subpoenas served on Retrophin, Inc. Upon consideration of the applications made by Shkreli and Greebel, it is hereby:

      ORDERED, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), that the government shall produce to the defendants, through their counsel, copies of all grand jury subpoenas served on Retrophin, Inc., in connection with the above-captioned case; and it is further

      ORDERED that the defendants and their counsel may not disseminate or disclose such subpoenas to any other person.

Dated:   Brooklyn, New York
         May 19, 2017

_____
THE HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK