*United States v. Shkreli and Greebel ,*
E.D.N.Y. No. 15-CR-637

Retrophin, Inc.'s Revised Log of Challenged KAT_R Documents

| Original Log # | Original Log | Bates # | Date and Time | From | To | CC or BCC | Revised Description | Duplicates[1] |
|---|---|---|---|---|---|---|---|---|
| 31 | Redacted | KAT_R_0000594 | | | | | | BA_0000848<br>KAT_R_0000031<br>KAT_R_0001020 |
| 117 | Redacted | KAT_R_0012625 | | | | | | KAT_R_0011330<br>KAT_R_0004891<br>KAT_R_0004889<br>KAT_R_0011333<br>KAT_R_0004887 |
| 102 | Withheld | KAT_R_0012459 | | | | | | BA_0026291 |
| 132 | Withheld | KAT_R_0020078 | | | | | | KAT_R_0020183 |
| 286 | Redacted | KAT_R_0020075 | | | | | | KAT_R_0020183<br>KAT_R_0020077 |
| 287 | Redacted | KAT_R_0020167 | | | | | | KAT_R_0020183<br>KAT_R_0020077 |

1. The "Duplicates" column includes e-mails over which Retrophin maintains a privilege claim that is identical to the privilege claim in the logged document. This includes both exact copies of the logged e-mail as well as e-mails which, although not exact copies, are part of the same thread, and in which the redacted content is the same as the redacted content in the logged e-mail. As such, Retrophin's privilege claim over the logged document will determine whether it may maintain privilege over the duplicates.

*United States v. Shkreli and Greebel*,
E.D.N.Y. No. 15-CR-637

Retrophin, Inc.'s Revised Log of Challenged BA Documents

| # | Bates # | Date and Time | From | To | CC or BCC | Revised Description | Dupes |
|---|---|---|---|---|---|---|---|
| 30 | BA_0025725 | 1/18/12 23:17 | | | | | BA_0008857<br>BA_0028726<br>BA_0031707<br>BA_0025415<br>BA_0009485 |
| 34 | BA_0034401 | 1/19/12 16:56 | | | | | |
| 35 | BA_0016968 | 1/19/12 20:36 | | | | | |
| 349 | BA_0008012 | 7/17/12 16:24 | | | | | BA_0021124 |
| 379 | BA_0010017 | 9/4/12 12:34 | | | | | BA_0012090 |
| 381 | BA_0009451 | 9/4/12 20:18 | | | | | BA_0019591 |
| 387 | BA_0013630 | 9/5/12 11:23 | | | | | |
| 431 | BA_0013190 | 9/13/12 14:21 | | | | | BA_0033453 |
| 438 | BA_0033655 | 9/13/12 16:31 | | | | | |
| 486 | BA_0016580 | 10/12/12 15:35 | | | | | |
| 509 | BA_0015930 | 11/8/12 9:55 | | | | | BA_0033063 |

| # | Bates # | Date and Time | From | To | CC or BCC | Revised Description | Dupes |
|---|---|---|---|---|---|---|---|
| 539 | BA_0022331 | 11/15/12 21:20 | | | | | BA_0034996 |
| 572 | BA_0022161 | 11/20/12 18:50 | | | | | BA_0021492 |
| 704 | BA_0061867 | 1/30/13 15:00 | | | | | BA_0057129 BA_0057660 |
| 715 | BA_0052187 | 2/5/13 20:41 | | | | | BA_0076657 BA_0057385 BA_0062334 BA_0040058 BA_0082459 |
| 192 | BA_0040050 | 3/14/13 14:34 | | | | | BA_0048744 |
| 787 | BA_0040605 | 3/15/13 12:47 | | | | | |
| 863 | BA_0050289 | 5/1/13 10:03 | | | | | BA_0055411 |
| 215 | BA_0055477 | 7/1/13 11:26 | | | | | BA_0071222 |
| 958 | BA_0040352 | 8/10/13 12:27 | | | | | BA_0065781 |

*United States v. Shkreli and Greebel*, E.D.N.Y. No. 15-CR-637

Retrophin, Inc.'s Revised Log of Challenged BA Documents

| # | Bates # | Date and Time | From | To | CC or BCC | Revised Description | Dupes |
|---|---|---|---|---|---|---|---|
| 968 | BA_0038343 | 8/13/13 19:42 | | | | | BA_0055635 BA_0076314 |
| 993 | BA_0065627 | 8/23/13 10:30 | | | | | |
| 1031 | BA_0042800 | 9/11/13 13:59 | | | | | |
| 1032 | BA_0049582 | 9/11/13 19:56 | | | | | |
| 1035 | BA_0078392 | 9/12/13 20:07 | | | | | |
| 223 | BA_0061517 | 9/13/13 11:12 | | | | | |
| 1088 | BA_0060857 | 9/19/13 12:36 | | | | | BA_0062078 BA_0038562 BA_0043752 BA_0036121 BA_0053810 |
| 1096 | BA_0060726 | 9/20/13 10:40 | | | | | BA_0066866 BA_0085322 BA_0037175 BA_0049176 BA_0050138 BA_0071542 |
| 1120 | BA_0070645 | 10/1/13 13:18 | | | | | BA_0083563 |
| 1124 | BA_0053268 | 10/7/13 16:11 | | | | | BA_0081596 |

| # | Bates # | Date and Time | From | To | CC or BCC | Revised Description | Dupes |
|---|---|---|---|---|---|---|---|
| 1132 | BA_0038510 | 10/24/13 15:09 | | | | | BA_0039526 |
| 1139 | BA_0053314 | 10/28/13 11:34 | | | | | BA_0082709 BA_0045229 BA_0047622 BA_0042829 BA_0074987 BA_0058574 BA_0038521 BA_0047260 BA_0050828 |
| 1150 | BA_0054104 | 11/21/13 16:56 | | | | | BA_0059709 |
| 1162 | BA_0077939 | 11/25/13 9:37 | | | | | BA_0052115 BA_0071390 BA_0053341 BA_0064204 |
| 263 | BA_0048610 | 4/23/14 11:26 | | | | | |
| 264 | BA_0061692 | 5/15/14 10:34 | | | | | BA_0072729 |
| 273 | BA_0060579 | 5/31/14 17:20 | | | | | BA_0084786 BA_0076293 BA_0051421 BA_0038168 |
| 1300 | BA_0079914 | 6/8/14 21:17 | | | | | |

*United States v. Shkreli and Greebel*,
E.D.N.Y. No. 15-CR-637

Retrophin, Inc.'s Revised Log of Challenged BA Documents

| # | Bates # | Date and Time | From | To | CC or BCC | Revised Description | Dupes |
|---|---|---|---|---|---|---|---|
| 1302 | BA_0051451 | 6/16/14 14:33 | | | | | |
| 1322 | BA_0042412 | 6/25/14 15:33 | | | | | |
| 1327 | BA_0055304 | 6/26/14 17:41 | | | | | BA_0072012 BA_0073491 BA_0047426 |
| 1383 | BA_0045842 | 8/4/14 13:07 | | | | | |
| 1407 | BA_0062200 | 8/14/14 17:02 | | | | | |
| 1412 | BA_0061515 | 8/26/14 11:49 | | | | | BA_0055407 |
| 1419 | BA_0054892 | 9/3/14 12:32 | | | | | BA_0076602 |
| 1430 | BA_0055734 | 9/6/14 16:58 | | | | | BA_0071421 BA_0047045 BA_0045882 BA_0058809 BA_0069485 |
| 1433 | BA_0045588 | 9/6/14 22:51 | | | | | BA_0045882 BA_0058809 BA_0069485 BA_0050433 |
| 1438 | BA_0037358 | 9/7/14 20:02 | | | | | |
| 404 | BA_0075385 | 9/11/14 18:56 | | | | | BA_0077872 |
| 1498 | BA_0066218 | 10/7/14 9:56 | | | | | BA_0042167 BA_0046239 |