**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Lisa H. Rubin
Direct: +1 212.351.2390
Fax: +1 212.716.0790
LRubin@gibsondunn.com

May 24, 2017

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Shkreli,* et al., 15 Cr. 637 (E.D.N.Y.)

Dear Judge Matsumoto:

I write on behalf of Evan Greebel to respectfully request that the Court allow Mr. Greebel to travel with his wife and other family members to the Eastern District of Michigan this Friday, May 26, 2017, to attend a family friend's bat mitzvah. Mr. Greebel and his wife would return to New York on Sunday, May 28, 2017. We apologize for making this request only a few days prior to the planned trip. Our client had informed us about this trip before this week, and we had meant to file this request much earlier.

Pretrial Services Officer Melissa Siberon informed me that she does not object to Mr. Greebel's request. Assistant U.S. Attorney Alixandra Smith informed me that the government takes no position.

We thank the Court for its attention to this request.

Respectfully submitted,

*/s/ Lisa H. Rubin*
Lisa H. Rubin

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.