

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMK/AES
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

May 31, 2017

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Martin Shkreli, Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

  The government and counsel for the defendant Martin Shkreli are filing initial motions in limine today in connection with the trial in the above-captioned matter scheduled for June 26, 2017. The parties have further agreed to the following briefing schedule for these motions: responses will be filed by June 7, 2017 and replies, if any, will be filed by June 9, 2017. The parties respectfully request that the Court so order this briefing schedule.

          Respectfully submitted,

          BRIDGET M. ROHDE
          Acting United States Attorney

     By: /s/ Alixandra Smith
          Alixandra Smith
          Assistant U.S. Attorney
          (718) 254-6370

cc: All counsel (via ECF)