UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>MARTIN SHKRELI and EVAN GREEBEL,<br><br>Defendants. | 15-CR-637 (KAM)<br><br>**[Proposed] Order** |

THIS MATTER having come before the Court on Defendant Martin Shkreli's Motion to Compel (Dkt. 174-1) and the Court having considered the papers in support of the motion and in opposition to the motion, as well as the letters filed by Retrophin, and Retrophin having agreed to produce certain documents on May 17, 2017, and May 19, 2017 to Defendant Martin Shkreli (as discussed in greater detail in Retrophin's letter of May 19 to the Court).

IT IS HEREBY ORDERED that, pursuant to Rule 502(d) of the Federal Rules of Evidence, the parties' use in this proceeding of the 172 documents with the Bates stamps listed in Appendix A of this Order does not constitute a waiver, in this or any other proceeding, of any attorney-client privilege or work-product protection that nonparty Retrophin, Inc. may have in such materials. This Order shall be interpreted to provide the maximum protection allowed by Rule 502(d) of the Federal Rules of Evidence.

SO ORDERED:

Dated: May 26, 2017

So Ordered:
s/ KAM
Kiyo A. Matsumoto
U.S. District Judge

## Appendix A

| Log # | Log | Bates # | Parent Bates # | Date and Time |
|---|---|---|---|---|
| 1 | Withheld | BA_0008204 | BA_0008204 | 1/19/12 0:17 |
| 3 | Withheld | KAT_R_0004971 | KAT_R_0004971 | 1/20/12 16:39 |
| 7 | Withheld | KAT_R_0004952 | KAT_R_0004952 | 1/23/12 20:13 |
| 23 | Withheld | KAT_R_0004935 | KAT_R_0004935 | 1/25/12 15:37 |
| 41 | Withheld | KAT_R_0004903 | KAT_R_0004903 | 1/30/12 12:54 |
| 45 | Withheld | KAT_R_0004899 | KAT_R_0004899 | 1/30/12 19:46 |
| 46 | Withheld | KAT_R_0004896 | KAT_R_0004896 | 1/30/12 20:12 |
| 53 | Withheld | KAT_R_0005393 | KAT_R_0005393 | 1/31/12 16:18 |
| 53 | Withheld | KAT_R_0005394 | KAT_R_0005394 | 1/31/12 16:18 |
| 59 | Withheld | KAT_R_0004892 | KAT_R_0004892 | 1/31/12 20:28 |
| 66 | Withheld | KAT_R_0005303 | KAT_R_0005303 | 2/1/12 17:14 |
| 66 | Withheld | KAT_R_0005304 | KAT_R_0005303 | 2/1/12 17:14 |
| 66 | Withheld | KAT_R_0005305 | KAT_R_0005303 | 2/1/12 17:14 |
| 70 | Withheld | KAT_R_0012624 | KAT_R_0012624 | 2/2/12 16:24 |
| 101 | Withheld | KAT_R_0011594 | KAT_R_0011594 | 2/13/12 16:14 |
| 101 | Withheld | KAT_R_0011595 | KAT_R_0011594 | 2/13/12 16:14 |
| 104 | Withheld | KAT_R_0012443 | KAT_R_0012443 | 2/22/12 13:21 |
| 107 | Withheld | KAT_R_0012110 | KAT_R_0012110 | 2/22/12 15:53 |
| 117 | Withheld | KAT_R_0019305 | KAT_R_0019305 | 3/2/12 18:41 |
| 122 | Withheld | KAT_R_0011158 | KAT_R_0011158 | 3/22/12 9:58 |
| 122 | Withheld | KAT_R_0011159 | KAT_R_0011158 | 3/22/12 9:58 |
| 151 | Withheld | BA_0000740 | BA_0000740 | 7/23/12 9:51 |
| 262 | Withheld | BA_0053372 | BA_0053372 | 4/21/14 23:35 |
| 278 | Withheld | BA_0052452 | BA_0052452 | 6/18/14 14:13 |
| 302 | Withheld | BA_0070197 | | 6/26/14 23:15 |
| 323 | Withheld | BA_0039396 | | 7/3/14 19:32 |
| 406 | Withheld | BA_0038697 | | 9/17/14 10:29 |
| 411 | Withheld | BA_0070311 | BA_0070311 | 9/21/14 20:10 |
| 2 | Redacted | KAT_R_0020619 | KAT_R_0020619 | 8/4/11 15:38 |
| 53 | Redacted | KAT_R_0020592 | KAT_R_0020592 | 1/23/12 19:08 |
| 57 | Redacted | KAT_R_0001653 | KAT_R_0001653 | 1/23/12 19:10 |
| 58 | Redacted | KAT_R_0001655 | KAT_R_0001653 | 1/23/12 19:10 |
| 84 | Redacted | KAT_R_0002214 | KAT_R_0002214 | 1/27/12 14:40 |
| 105 | Redacted | KAT_R_0003657 | KAT_R_0003657 | 2/1/12 18:22 |
| 110 | Redacted | KAT_R_0005316 | KAT_R_0005316 | 2/1/12 18:25 |
| 112 | Redacted | KAT_R_0003928 | KAT_R_0003928 | 2/1/12 18:42 |
| 114 | Redacted | KAT_R_0007504 | KAT_R_0007504 | 2/1/12 19:48 |
| 118 | Redacted | KAT_R_0003939 | KAT_R_0003939 | 2/2/12 15:59 |
| 177 | Redacted | KAT_R_0004405 | KAT_R_0004405 | 2/13/12 16:14 |
| 179 | Redacted | KAT_R_0013369 | KAT_R_0013369 | 2/14/12 12:39 |
| 211 | Redacted | KAT_R_0010373 | KAT_R_0010373 | 2/21/12 17:37 |
| 212 | Redacted | KAT_R_0013020 | KAT_R_0013020 | 2/21/12 17:45 |
| 213 | Redacted | KAT_R_0010387 | KAT_R_0010387 | 2/22/12 15:24 |
| 214 | Redacted | KAT_R_0010388 | KAT_R_0010387 | 2/22/12 15:24 |

**Appendix A**

| Log # | Log | Bates # | Parent Bates # | Date and Time |
|---|---|---|---|---|
| 219 | Redacted | KAT_R_0010408 | KAT_R_0010408 | 2/24/12 11:08 |
| 220 | Redacted | KAT_R_0010409 | KAT_R_0010408 | 2/24/12 11:08 |
| 221 | Redacted | KAT_R_0012434 | KAT_R_0012434 | 2/24/12 11:23 |
| 222 | Redacted | KAT_R_0012126 | KAT_R_0012126 | 2/24/12 11:32 |
| 244 | Redacted | BA_0024066 | | 3/11/12 14:01 |
| 269 | Redacted | KAT_R_0019706 | KAT_R_0019706 | 3/27/12 19:15 |
| 288 | Redacted | KAT_R_0019744 | KAT_R_0019744 | 3/30/12 17:40 |
| 346 | Redacted | BA_0010060 | BA_0010058 | 7/16/12 8:49 |
| 364 | Redacted | BA_0013234 | BA_0013233 | 8/20/12 13:18 |
| 369 | Redacted | BA_0000840 | | 8/28/12 14:14 |
| 429 | Redacted | BA_0027030 | BA_0027029 | 9/13/12 13:46 |
| 430 | Redacted | BA_0028735 | BA_0028734 | 9/13/12 14:17 |
| 446 | Redacted | BA_0024789 | BA_0024789 | 9/19/12 20:00 |
| 479 | Redacted | BA_0007632 | | 9/28/12 10:53 |
| 485 | Redacted | BA_0006010 | BA_0006010 | 10/5/12 14:51 |
| 568 | Redacted | BA_0014581 | | 11/20/12 11:33 |
| 584 | Redacted | BA_0013728 | BA_0013726 | 11/29/12 13:16 |
| 689 | Redacted | BA_0040137 | | 1/18/13 10:13 |
| 701 | Redacted | BA_0042822 | | 1/29/13 20:07 |
| 705 | Redacted | BA_0076476 | BA_0076475 | 1/30/13 18:12 |
| 706 | Redacted | BA_0076478 | BA_0076475 | 1/30/13 18:12 |
| 713 | Redacted | BA_0053910 | BA_0053910 | 2/5/13 20:32 |
| 716 | Redacted | BA_0067030 | | 2/5/13 23:18 |
| 735 | Redacted | BA_0048068 | BA_0048067 | 2/13/13 16:37 |
| 737 | Redacted | BA_0037007 | BA_0037006 | 2/13/13 16:38 |
| 743 | Redacted | BA_0061705 | | 2/15/13 13:17 |
| 744 | Redacted | BA_0066488 | BA_0066488 | 2/18/13 14:43 |
| 745 | Redacted | BA_0066491 | BA_0066488 | 2/18/13 14:43 |
| 748 | Redacted | BA_0049403 | BA_0049402 | 2/19/13 9:55 |
| 753 | Redacted | BA_0053411 | | 2/20/13 13:30 |
| 785 | Redacted | BA_0061508 | BA_0061507 | 3/12/13 14:29 |
| 786 | Redacted | BA_0037623 | BA_0037622 | 3/12/13 19:54 |
| 794 | Redacted | BA_0065768 | BA_0065768 | 3/27/13 17:40 |
| 796 | Redacted | BA_0038542 | BA_0038541 | 3/27/13 20:36 |
| 799 | Redacted | BA_0066511 | BA_0066511 | 3/28/13 8:54 |
| 806 | Redacted | BA_0067275 | BA_0067275 | 4/1/13 9:32 |
| 807 | Redacted | BA_0067193 | BA_0067193 | 4/1/13 14:44 |
| 808 | Redacted | BA_0067194 | BA_0067193 | 4/1/13 14:44 |
| 809 | Redacted | BA_0067197 | BA_0067193 | 4/1/13 14:44 |
| 810 | Redacted | BA_0067434 | BA_0067434 | 4/1/13 19:15 |
| 822 | Redacted | BA_0062340 | BA_0062340 | 4/8/13 20:24 |
| 823 | Redacted | BA_0062341 | BA_0062340 | 4/8/13 20:24 |
| 829 | Redacted | BA_0045957 | BA_0045956 | 4/9/13 18:05 |
| 834 | Redacted | BA_0039939 | BA_0039939 | 4/10/13 16:38 |

**Appendix A**

| Log # | Log | Bates # | Parent Bates # | Date and Time |
|---|---|---|---|---|
| 835 | Redacted | BA_0039940 | BA_0039939 | 4/10/13 16:38 |
| 839 | Redacted | BA_0037747 | BA_0037747 | 4/18/13 18:50 |
| 840 | Redacted | BA_0037748 | BA_0037747 | 4/18/13 18:50 |
| 841 | Redacted | BA_0037749 | BA_0037747 | 4/18/13 18:50 |
| 852 | Redacted | BA_0044535 | BA_0044534 | 4/26/13 13:38 |
| 862 | Redacted | BA_0050287 | BA_0050287 | 5/1/13 10:03 |
| 875 | Redacted | BA_0062833 | BA_0062832 | 5/9/13 20:48 |
| 878 | Redacted | BA_0064412 | BA_0064412 | 5/14/13 10:36 |
| 879 | Redacted | BA_0038464 | BA_0038464 | 5/14/13 10:37 |
| 904 | Redacted | BA_0072702 | BA_0072701 | 5/30/13 16:58 |
| 922 | Redacted | BA_0047873 | BA_0047872 | 6/6/13 16:04 |
| 957 | Redacted | BA_0065377 | BA_0065357 | 8/9/13 8:55 |
| 1008 | Redacted | BA_0057518 | | 8/28/13 16:31 |
| 1009 | Redacted | BA_0043837 | | 8/29/13 6:51 |
| 1019 | Redacted | BA_0057308 | | 9/2/13 21:58 |
| 1020 | Redacted | BA_0042243 | BA_0042242 | 9/4/13 16:28 |
| 1021 | Redacted | BA_0055311 | BA_0055311 | 9/4/13 16:28 |
| 1022 | Redacted | BA_0055312 | BA_0055311 | 9/4/13 16:28 |
| 1126 | Redacted | BA_0048630 | BA_0048629 | 10/16/13 16:22 |
| 1134 | Redacted | BA_0055697 | BA_0055696 | 10/24/13 16:27 |
| 1146 | Redacted | BA_0074061 | BA_0074061 | 11/20/13 10:08 |
| 1147 | Redacted | BA_0074063 | BA_0074061 | 11/20/13 10:08 |
| 1152 | Redacted | BA_0039732 | BA_0039732 | 11/21/13 16:59 |
| 1154 | Redacted | BA_0048007 | BA_0048006 | 11/22/13 11:59 |
| 1155 | Redacted | BA_0048010 | BA_0048006 | 11/22/13 11:59 |
| 1157 | Redacted | BA_0052469 | BA_0052468 | 11/22/13 11:59 |
| 1158 | Redacted | BA_0052480 | BA_0052468 | 11/22/13 11:59 |
| 1206 | Redacted | BA_0086674 | BA_0086674 | 12/13/13 11:37 |
| 1276 | Redacted | BA_0081737 | BA_0081736 | 4/21/14 23:35 |
| 1277 | Redacted | BA_0081758 | BA_0081736 | 4/21/14 23:35 |
| 1282 | Redacted | BA_0081209 | BA_0081208 | 5/16/14 11:06 |
| 1283 | Redacted | BA_0037739 | | 5/18/14 8:41 |
| 1288 | Redacted | BA_0059009 | BA_0059009 | 5/29/14 19:47 |
| 1296 | Redacted | BA_0047569 | | 6/6/14 12:34 |
| 1297 | Redacted | BA_0061202 | BA_0061202 | 6/6/14 14:48 |
| 1298 | Redacted | BA_0079661 | BA_0079660 | 6/8/14 21:17 |
| 1299 | Redacted | BA_0079782 | BA_0079660 | 6/8/14 21:17 |
| 1301 | Redacted | BA_0049408 | BA_0049407 | 6/11/14 19:10 |
| 1317 | Redacted | BA_0043707 | | 6/25/14 12:15 |
| 1318 | Redacted | BA_0037620 | | 6/25/14 12:16 |
| 1321 | Redacted | BA_0057643 | | 6/25/14 15:31 |
| 1324 | Redacted | BA_0073598 | | 6/26/14 13:02 |
| 1331 | Redacted | BA_0047291 | | 6/26/14 20:33 |
| 1333 | Redacted | BA_0038477 | | 6/26/14 21:03 |

**Appendix A**

| Log # | Log | Bates # | Parent Bates # | Date and Time |
|---|---|---|---|---|
| 1337 | Redacted | BA_0057210 | | 7/1/14 13:10 |
| 1343 | Redacted | BA_0055699 | | 7/3/14 11:46 |
| 1345 | Redacted | BA_0049560 | | 7/3/14 14:04 |
| 1348 | Redacted | BA_0053014 | | 7/7/14 16:33 |
| 1350 | Redacted | BA_0047635 | | 7/14/14 18:46 |
| 1368 | Redacted | BA_0072167 | BA_0072166 | 7/18/14 13:58 |
| 1371 | Redacted | BA_0071975 | BA_0071974 | 7/23/14 16:55 |
| 1380 | Redacted | BA_0038794 | | 7/25/14 14:00 |
| 1384 | Redacted | BA_0045843 | BA_0045842 | 8/4/14 13:07 |
| 1385 | Redacted | BA_0045855 | BA_0045842 | 8/4/14 13:07 |
| 1390 | Redacted | BA_0043435 | | 8/11/14 13:14 |
| 1395 | Redacted | BA_0061504 | | 8/11/14 15:52 |
| 1397 | Redacted | BA_0073582 | | 8/11/14 15:54 |
| 1398 | Redacted | BA_0081518 | BA_0081518 | 8/11/14 16:26 |
| 1399 | Redacted | BA_0081519 | BA_0081518 | 8/11/14 16:26 |
| 1401 | Redacted | BA_0043084 | | 8/11/14 17:09 |
| 1405 | Redacted | BA_0055472 | | 8/11/14 17:29 |
| 1408 | Redacted | BA_0062206 | BA_0062200 | 8/14/14 17:02 |
| 1409 | Redacted | BA_0062220 | BA_0062200 | 8/14/14 17:02 |
| 1413 | Redacted | BA_0081240 | BA_0081240 | 8/29/14 15:13 |
| 1414 | Redacted | BA_0081243 | BA_0081240 | 8/29/14 15:13 |
| 1415 | Redacted | BA_0081247 | BA_0081240 | 8/29/14 15:13 |
| 1416 | Redacted | BA_0081263 | BA_0081240 | 8/29/14 15:13 |
| 1418 | Redacted | BA_0050825 | | 9/2/14 12:25 |
| 1421 | Redacted | BA_0037980 | BA_0037980 | 9/5/14 8:45 |
| 1422 | Redacted | BA_0037982 | BA_0037980 | 9/5/14 8:45 |
| 1424 | Redacted | BA_0073800 | BA_0073800 | 9/6/14 1:21 |
| 1437 | Redacted | BA_0079962 | BA_0079960 | 9/7/14 19:50 |
| 1441 | Redacted | BA_0084705 | BA_0084705 | 9/7/14 20:40 |
| 1442 | Redacted | BA_0084706 | BA_0084705 | 9/7/14 20:40 |
| 1443 | Redacted | BA_0084714 | BA_0084705 | 9/7/14 20:40 |
| 1449 | Redacted | BA_0069150 | | 9/8/14 8:03 |
| 1464 | Redacted | BA_0084466 | BA_0084466 | 9/11/14 9:43 |
| 1467 | Redacted | BA_0055819 | | 9/17/14 9:34 |
| 1468 | Redacted | BA_0047878 | BA_0047878 | 9/17/14 17:35 |
| 1480 | Redacted | BA_0052108 | BA_0052107 | 9/29/14 15:16 |
| 1481 | Redacted | BA_0052110 | BA_0052107 | 9/29/14 15:16 |
| 1491 | Redacted | BA_0053340 | BA_0053340 | 9/29/14 15:34 |
| 1494 | Redacted | BA_0053346 | BA_0053340 | 9/29/14 15:34 |
| 1511 | Redacted | BA_0066305 | BA_0066217 | 10/7/14 9:56 |