# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

June 2, 2017

**Via ECF**
Honorable Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States v. Martin Shkreli, Criminal No. 15-637 (KAM)</u>

Dear Judge Matsumoto:

      This Court's January 13, 2017 Amended Scheduling Order (Dkt. No. 147) directs parties who wish to present marked exhibits to the jury in digital form to meet with the Chief Deputy Clerk for Automation Services and your case manager, Sandra Williams-Jackson at least 20 days prior to the commencement of trial to review the available equipment in Courtroom 6C to determine what equipment we may ultimately use at trial.

      Yesterday, June 1, 2017, associates from my firm and I met with Ms. Williams-Jackson and the Deputy Clerk for Automation Services to understand the equipment available to us at the upcoming trial. Please accept this letter as compliance to footnote 2 of the Court's Amended Scheduling Order.

Respectfully submitted,

*Andrea Zellan*

Andrea Zellan

cc:    All Counsel (via ECF)