# EXHIBIT A

**EXHIBIT A** to June 17, 2017 Letter to Judge Matsumoto regarding Retrophin Documents in US v. Shkreli 15 CR -00637.

| # | Bates # | Parent Bates# | Date and Time | From | To | CC or BCC | Description |
|---|---|---|---|---|---|---|---|
| 446 | BA_0024789 | BA_0024789 | 9/19/12 20:00 | Evan Greebel* | Martin Shkreli | Keun Dong Kim*; David Kravitz* | E-mail providing legal advice regarding conversion of Retrophin from LLC to corporation. |
| 447 | BA_0024791 | BA_0024789 | 9/19/12 20:00 | | | | Draft document to effectuate conversion of Retrophin from LLC to Corporation prepared by Katten*. |
| 448 | BA_0024795 | BA_0024789 | 9/19/12 20:00 | | | | Draft document to effectuate conversion of Retrophin from LLC to Corporation prepared by Katten*. |
| 449 | BA_0024799 | BA_0024789 | 9/19/12 20:00 | | | | Draft document to effectuate conversion of Retrophin from LLC to Corporation prepared by Katten*. |
| 450 | BA_0024802 | BA_0024789 | 9/19/12 20:00 | | | | Draft document to effectuate conversion of Retrophin from LLC to Corporation prepared by Katten*. |
| 451 | BA_0024810 | BA_0024789 | 9/19/12 20:00 | | | | Draft document to effectuate conversion of Retrophin from LLC to Corporation prepared by Katten*. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 452 | BA_0031648 | BA_0031648 | 9/19/12 20:00 | Evan Greebel* | Martin Shkreli | Keun Dong Kim*; David Kravitz* | E-mail providing legal advice regarding conversion of Retrophin from LLC to corporation. |
| 453 | BA_0031649 | BA_0031648 | 9/19/12 20:00 | | | | Draft document to effectuate conversion of Retrophin from LLC to Corporation prepared by Katten*. |
| 454 | BA_0031652 | BA_0031648 | 9/19/12 20:00 | | | | Draft document to effectuate conversion of Retrophin from LLC to Corporation prepared by Katten*. |
| 455 | BA_0031660 | BA_0031648 | 9/19/12 20:00 | | | | Draft document to effectuate conversion of Retrophin from LLC to Corporation prepared by Katten*. |
| 456 | BA_0031664 | BA_0031648 | 9/19/12 20:00 | | | | Draft document to effectuate conversion of Retrophin from LLC to Corporation prepared by Katten*. |
| 457 | BA_0031665 | BA_0031648 | 9/19/12 20:00 | | | | Draft document to effectuate conversion of Retrophin from LLC to Corporation prepared by Katten*. |
| 458 | BA_0030970 | BA_0030970 | 9/20/12 9:15 | Evan Greebel* | Martin Shkreli | Keun Dong Kim*; Evan Greebel* [BCC] | E-mail providing legal advice regarding Retrophin name change. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 459 | BA_0030971 | BA_0030970 | 9/20/12 9:15 | | | Draft Certificate of Amendment prepared by Katten*. |
| 460 | BA_0030972 | BA_0030970 | 9/20/12 9:15 | | | Draft UWC prepared by Katten*. |
| 461 | BA_0031693 | BA_0031693 | 9/20/12 9:15 | Evan Greebel* | Martin Shkreli | Keun Dong Kim* | E-mail providing legal advice regarding Retrophin name change. |
| 462 | BA_0031694 | BA_0031693 | 9/20/12 9:15 | | | Draft UWC prepared by Katten*. |
| 463 | BA_0031698 | BA_0031693 | 9/20/12 9:15 | | | Draft Certificate of Amendment prepared by Katten*. |