# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

June 12, 2017

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **United States v. Martin Shkreli and Evan Greebel**
**15 CR 637 (KAM)**

Dear Judge Matsumoto:

We represent Martin Shkreli in the above captioned matter and write to address issues in advance of the scheduled June 19, 2017 Status Conference.

First, the government and the defense are exchanging marked exhibits for identification and 18 U.S.C. § 3500 material today June 12, 2017, in compliance with paragraph 5(a) of this Court's Scheduling Order. (Dkt No. 147). The defense expects to deliver two hard copies of these exhibits to the Court this week. We reserve the right to supplement these exhibits after receipt of the government's 18 U.S.C. § 3500 material and June 13, 2017 witness list.

Second, the government and the defense submitted an agreed upon Jury Questionnaire on Friday, May 12, 2017. We respectfully request the opportunity to argue for use of a jury questionnaire in this case to make jury selection more efficient.

Third, we respectfully request permission to submit a sur-reply to the Government's reply to our response to the government's motions *in limine* (Dkt. No. 237). The sur-reply will be submitted today.

Finally, as indicated in our filings, we respectfully request oral argument on Mr. Shkreli's Motion to Preclude/Modify Mr. Shkreli's Statements (Dkt. No. 229) and the government's motions *in limine* (Dkt. No. 230). We are prepared to proceed with oral argument on June 19, 2017 or any other day that the Court directs.

BRAFMAN & ASSOCIATES, P.C.

Respectfully submitted,

Benjamin Brafman, Esq.

cc: All counsel (via ECF)