

U.S. Department of Justice

United States Attorney
Eastern District of New York

AES
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

June 12, 2017

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Martin Shkreli
           Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      Enclosed please find a stipulation and proposed order governing materials that will be provided by the government to the defendant Martin Shkreli pursuant to 18 U.S.C. § 3500. The government respectfully requests that the Court so order the stipulation, which has been signed by both parties.

      Respectfully submitted,

      BRIDGET M. ROHDE
      Acting United States Attorney

By:   /s/ Alixandra Smith
      Jacquelyn Kasulis
      Alixandra Smith
      G. Karthik Srinivasan
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Brafman & Associates (via ECF)