# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

June 13, 2017

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

RE:   **United States v. Martin Shkreli and Evan Greebel**
      **15 CR 637 (KAM)**

Dear Judge Matsumoto:

We write to the Court pursuant to our letter dated June 11, 2017 (Dkt. No. 238) to update the Court on our discussions with Cooley LLP, counsel to Retrophin. We have reached an agreement regarding waiver of attorney-client privilege over the 22 documents submitted to the Court with our June 11, 2017 letter.

It is our understanding that Cooley LLP will be submitting a letter and a proposed FRE 502 (d) order to the Court with respect to the documents in question, and will subsequently make the documents available to the parties.

We thank the Court for its courtesy in this and all other matters.

Sincerely,

Marc Agnifilo, Esq.
Andrea Zellan, Esq.

cc:   All Counsel of record via ECF
      Ian Shapiro, Esq. via email