

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMK/AES
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

June 13, 2017

By Hand and ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Martin Shkreli, Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

  On June 12, 2017, counsel for the defendant Martin Shkreli sought permission to file a sur-reply to the government's motions in limine; the defendant filed a brief later in the day on June 12, 2017, and the Court granted permission for a sur-reply on June 13, 2017. The sur-reply does not simply respond to the government's reply brief—instead, it raises new legal arguments in response to the government's original motion that the defendant failed to include in his original response papers filed on June 6, 2017. Consequently, the government seeks permission to file a short letter response to address these new legal arguments in advance of oral argument on June 19, 2017. The government can file this response by June 15, 2017.

          Respectfully submitted,

          BRIDGET M. ROHDE
          Acting United States Attorney

     By: /s/ Alixandra Smith
        Jacquelyn Kasulis
        Alixandra Smith
        G. Karthik Srinivasan
        Assistant U.S. Attorneys
        (718) 254-7000

cc: Brafman & Associates (via ECF)