# EXHIBIT 1

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA              MODIFICATION OF RESTRAINING
                                      ORDER
    -against-
                                      Docket No. 15-CR-627(KAM)
MARTIN SHKRELI,

    Defendant.
-------------------------------X
```

Upon the application of the defendant, Martin Shkreli, by his attorneys, Brafman & Associates, P.C.,

Whereas on January 7, 2016 this Court issued a Restraining Order (Document 19)(Restraining Order)on Martin Shkreli's individual brokerage account at E*TRADE Securities LLC, ████████████████████████████████████████ ████████████, in which he currently holds assets, including proceeds of the sale of shares of KaloBios stock, in the amount of ████████;

Whereas on July 28, 2016 this Court issued a modification of that Restraining Order (Document 73) permitting Mr. Shkreli to sell the Kalo Bios stock in his individual E*Trade account with all proceeds to remain in that account;

Whereas the Kalo Bios stock in Mr. Shkreli's individual E*Trade account has been sold and the account currently holds cash in the amount of ███████;

IT IS HEREBY ORDERED that:

The prior Restraining Order as Modified on July 28, 2016 remains in full effect but is now further modified to permit defendant Martin Shkreli to transfer $3,000,000 from that E*TRADE Account to the Escrow Account of Fox Rothschild ███████████████████████████████████████ in order to make a partial payment toward his tax obligations to the Internal Revenue Service, the New York State Department of Taxation, and other professional and legal fee obligations.

The value of the assets in the account will continue to be ███████ and the prior Restraining Order is modified only to the extent of permitting the transfer to Fox Rothschild escrow account of $3,000,000.

Dated:   Brooklyn, New York
         June ____, 2017

                                        SO ORDERED:

                                        _____
                                        THE HONORABLE KIYO A MATSUMOTO
                                        U.S. DISTRICT COURT JUDGE
                                        EASTERN DISTRICT OF NEW YORK