**THE PARTIES' POSITIONS ON ADMISSIBILITY OF PRIOR SHKRELI STATEMENTS**

| Shkreli Statement | Status |
|---|---|
| 1 | Parties agree – statement admissible as originally presented |
| 2 | Parties agree – government will not introduce in case-in-chief |
| 3 | Parties agree – government will not introduce in case-in-chief |
| 4 | Parties agree – statement admissible with proposed modification |
| 5 | Parties agree – statement admissible as originally presented |
| 6 | Parties agree – statement admissible as originally presented |
| 7 | Parties agree – statement admissible with proposed modification |
| 8 | Parties agree – statement admissible as originally presented |
| 9 | Defense seeks to modify pursuant to FRE 106 |
| 10 | Defense seeks to modify pursuant to FRE 106 |
| 11 | Parties agree – statement admissible as originally presented |
| 12 | Parties agree – statement admissible as originally presented |
| 13 | Parties agree – statement admissible as originally presented |
| 14 | Parties agree – statement admissible as originally presented |
| 15 | Parties agree – statement admissible with proposed modification |
| 16 | Parties agree – statement admissible as originally presented |
| 17 | Parties agree – statement admissible as originally presented |
| 18 | Defense seeks to modify pursuant to FRE 106 |
| 19 | Defense seeks to modify pursuant to FRE 106 |
| 20 | Defense seeks to modify pursuant to FRE 106 |
| 21 | Defense seeks to modify pursuant to FRE 106 |
| 22 | Defense seeks to modify pursuant to FRE 106 |
| 23 | Defense seeks to modify pursuant to FRE 106 |
| 24 | Parties agree – statement admissible with proposed modification |
| 25 | Parties agree – statement admissible as originally presented |
| 26 | Defense seeks to modify pursuant to FRE 106 |
| 27 | Defense seeks to modify pursuant to FRE 106 |
| 28 | Defense seeks to modify pursuant to FRE 106 |
| 29 | Defense seeks to modify pursuant to FRE 106 |
| 30 | Defense seeks to modify pursuant to FRE 106 |
| 31 | Defense seeks to modify pursuant to FRE 106 |

| Shkreli Statement | Status |
| --- | --- |
| 32 | Defense seeks to modify pursuant to FRE 106 |
| 33 | Defense objection to admission on relevance |
| 34 | Defense seeks to modify pursuant to FRE 106 |
| 35 | Parties agree – statement admissible as originally presented |
| 36 | Parties agree – statement admissible as originally presented |
| 37 | Defense objection to admission on relevance |
| 38 | Defense seeks to modify pursuant to FRE 106 |
| 39 | Parties agree – statement admissible as originally presented |
| 40 | Defense objection to admission on relevance |
| 41 | Defense seeks to modify pursuant to FRE 106 |
| 42 | Defense objection to admission on relevance |
| 43 | Parties agree – statement admissible as originally presented |
| 44 | Parties agree – statement admissible as originally presented |
| 45 | Defense objection to admission on relevance |
| 46 | Defense seeks to modify pursuant to FRE 106 |
| 47 | Defense seeks to modify pursuant to FRE 106 |
| 48 | Parties agree – government will not introduce in case-in-chief |