# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

**BENJAMIN BRAFMAN**

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

June 16, 2017

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: <u>United States v. Martin Shkreli and Evan Greebel
15 CR 637 (KAM)</u>

Dear Judge Matsumoto:

    We represent the defendant Martin Shkreli. We respectfully request that the Court afford counsel ten minutes during the conference on Monday, June 19, 2017 to address the use of the Questionnaire for jury selection and address a simplified procedure in the event Your Honor allows the use of a questionnaire. We believe that the selection process will be shortened.

    In addition, we respectfully suggest that the Court estimate 4-6 weeks as the projected length of the trial. We spoke to the Government yesterday, and they agree with this assessment. We do not expect the trial to be completed in less than 4 weeks.

Respectfully submitted,

Benjamin Brafman, Esq.

cc: All counsel (via ECF)