

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| JMK:AES | *271 Cadman Plaza East* |
| F. #2014R00501 | *Brooklyn, New York 11201* |

June 16, 2017

By ECF and FedEx
Benjamin Brafman, Esq.                    Reed Brodsky, Esq.
Marc Agnifilo, Esq.                          Lisa Rubin, Esq.
Andrea Zellan, Esq.                          Winston Chan, Esq.
Brafman & Associates, P.C.               Gibson Dunn
767 Third Avenue, 26th Floor            200 Park Avenue
New York, New York 10017               New York, NY 10166-0193

      Re:    United States v. Martin Shkreli
              United States v. Evan Greebel
              Criminal Docket No. 15-637 (KAM)

Dear Counsel:

        In accordance with Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosure under cover of letters dated December 22, 2015, January 15, 2016, March 16, 2016 (Greebel), March 25, 2016 (Shkreli), April 28, 2016, June 2, 2016, June 15, 2016, July 19, 2016, August 5, 2016, September 22, 2016, December 14, 2016, February 8, 2017, April 19, 2017, May 20, 2017, June 2, 2017 and June 16, 2017. In addition, this disclosure is governed by the stipulations so ordered by the Court between the government and defendants (filed as Dkt. Nos. 44 and 47).

        Enclosed is a DVD with the following materials:

| Description | Bates Range or File Name |
|---|---|
| Documents received from Kleinberg, Kaplan, Wolff & Cohen, P.C. | KKWC 001 to KKWC 006 |
| Document received from Columbia University | SHKRELI000952 |

| Description | Bates Range or File Name |
|---|---|
| Documents received from Standard Registrar[1] | Standard-000422 to Standard-000851 |
| Documents received from Katten Muchin Rosenman LLP | KAT_USAO_0000176 – KAT_USAO_0000285 |

Please note that these materials are encrypted; the government will provide the password under separate cover.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York

By:    /s/ Alixandra Smith
            Jacquelyn Kasulis
            Alixandra Smith
            G. Karthik Srinivasan
            Assistant U.S. Attorneys
            (718) 254-7000

Enclosure

cc:     Clerk of the Court (KAM) (via ECF) (w/o enclosure)

---

[1] Note that some of these documents were previously produced in a different format on January 15, 2016, or in connection with productions of documents from Retrophin, Inc.