# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Reed Brodsky
Direct: +1 212.351.5334
Fax: +1 212.351.6235
RBrodsky@gibsondunn.com

June 21, 2017

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Shkreli*, 15 Cr. 637 (E.D.N.Y.)

Dear Judge Matsumoto:

On behalf of our client Evan Greebel, we write with respect to the docket entry for Your Honor's order "as to Martin Shkreli, Evan Greebel" that "directs the parties to submit their views" on the request by "members of the Eastern District press pool . . . that one pool reporter be permitted to attend individual voir dire of prospective jurors at sidebar, listen, and take notes."

We have no objection to this request of the Eastern District press pool. Accordingly, in connection with our trial scheduled on October 18, 2017, we will not object to the attendance of a pool reporter at individual voir dire of prospective jurors at sidebar.

Respectfully,

*/s/ Reed Brodsky*

Reed Brodsky

RMB/lr