METRO

# 'Pharma Bro' compares prosecutors to 'junior varsity'

By Priscilla DeGregory                    June 30, 2017 | 2:31pm



Martin Shkreli
R. Umar Abbasi

"Pharma Bro" just can't keep his mouth shut.

Martin Shkreli slammed Brooklyn prosecutors as a "junior varsity" team that's blaming him for "capitalism" in a nearly 10-minute rant to reporters Friday.



**SEE ALSO**

The 34-year-old notorious drug price gouger waltzed out of the Brooklyn federal courtroom — where he's being tried for securities fraud — and into an overflow room where a handful of reporters were camped out during a lunch break.

"They blame me for everything," Shkreli kvetched to the reporters. "They blame me for capitalism."

He called prosecutors in the Eastern District of New York the "junior varsity" to those in the Southern District in Manhattan.

**Investor: 'Pharma Bro' milked me for millions**

He also blasted Sarah Hassan, who testified Thursday that he tried to woo her in order to get her rich dad Fred Hassan to invest in one of his hedge funds.

"She is not a victim," he said, adding that she made money off her investment with his hedge fund MSMB Capital.

Shkreli, who is accused of running an $11 million Ponzi scheme using his firm Retrophin and other drug companies to pay off MSMB investors, even took aim at his lawyer, Ben Brafman.

He insisted that news reports about Brafman denying he was paid more than $4 million for his legal services were inaccurate.

At a hearing last week, Brafman said he was never paid the hefty advance as he asked Judge Kiyo Matsumoto to lower his client's bail from $5 million to $2 million because Shkreli's allegedly broke.

FILED UNDER   **COURTS**, **MARTIN SHKRELI**, **MONEY LAUNDERING**, **PONZI SCHEMES**, **TRIALS**, **TURING PHARMACEUTICALS**

Recommended by