# Shkreli slams feds in Brooklyn as 'JV'

BY ANDREW KESHNER

NEW YORK DAILY NEWS    Updated: Friday, June 30, 2017, 5:24 PM



Martin Shkreli is bad at being quiet. (JESSE WARD/FOR NEW YORK DAILY NEWS)

An unapologetic Martin Shkreli used a lunch break in his Brooklyn trial on Friday to plead his innocence — and bad-mouth the feds prosecuting him.
The Pharma Bro's high-profile securities fraud trial took an odd twist when Shkreli decided to talk smack with reporters.
"They blame me for capitalism," Shkreli told reporters before defense attorney Ben Brafman asked him to step out of the room because he had to talk to him.
Shkreli had walked into a room reserved for reporters so he could talk about his trial for a few minutes, get some thoughts on how the trial was going and question the press coverage.
He threw shade on the prosecution case, calling the Brooklyn U.S. Attorney's office "junior varsity" compared to the Manhattan U.S. Attorney's office.
Shkreli was also asked if he'd considered whatever deal the feds may have floated his way.

He said no.

"Do I want to exonerate myself? Yes," he added.

Shkreli noted a friend had come into the makeshift press room — a repurposed courtroom — the other day and tried to sit on the judge's seat. That didn't go over well with the court security staff, he noted.

Shkreli said he was somehow taking the rap for everything, like the epi-pen.

A Brooklyn U.S. Attorney spokesman declined to comment on Shkreli's criticism.

During the morning session, an Arizona investor recalled for jurors how he got burned by Shkreli when an early hedge fund run by the Pharma Bro tanked.

Josiah Austin said he met Shkreli about 10 years ago, remembering Shkreli as young, smart and "a little cocky."

Austin said Shkreli sought success and riches, adding he wanted to be Steve Cohen, a well-known hedge manager.

Austin sank almost $5 million in Shkreli's hedge fund, Elea Capital.

He said Shkreli never paid him back after the hedge fund tanked. Austin didn't buy into Shkreli's other two hedge funds or his biopharmaceutical business, Retrophin.

Austin said after Elea went south, he still regards Shkreli as an intelligent, smart guy "but I didn't particularly want to do any more business with him."

On cross examination, defense attorney Marc Agnifilo brought out how Shkreli was a hard worker.

Shkreli, 34, the former head of Turing Pharmaceuticals known as the "Pharma Bro," was vilified after he jacked up the cost of Daraprim, a lifesaving drug that helps cancer and AIDS patients fight infection, to $750 a pill from $13.50.

The first week of Shkreli's trial has been loaded with fireworks.

Jury selection that started Monday featured a number of jurors who admitted they couldn't be fair.

"I looked right at him, and in my head, I said, 'That's a snake,'" one potential juror said before she was dismissed.

Brafman unsuccessfully requested a mistrial, complaining of the media coverage stemming from the jury selection.

---

© 2016 New York Daily News