Exhibit E

Video (Provided By Hand)