Exhibit F

Video (Provided By Hand)