

U.S. Department of Justice

United States Attorney
Eastern District of New York

AES:DKK
F.#2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

July 13, 2017

By ECF

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  United States v. Evan Greebel
            Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      The government writes respectfully to request that the Court amend the Amended Criminal Pretrial Scheduling Order as to defendant Evan Greebel as described herein (the "Pretrial Order").  (See Dkt. No. 213.)

      The Pretrial Order directs the parties to file supplements and revisions to their April 2017 filings by July 21 and to file remaining pretrial motions by July 28.  (Id.)  We believe it would make sense to extend those and related deadlines in the Pretrial Order by three weeks because the ongoing trial of Martin Shkreli is unlikely to be completed by the time that at least the first set of filings for the next trial are due, because two of the undersigned attorneys are currently engaged in that trial, and because the filings contemplated in the Pretrial Order likely will be affected by events that occur during the trial and the outcome of the trial.  Specifically, we propose the following amendments to paragraphs 4 and 5 of the Pretrial Order:

|  | **Current Due Date** | **Amended Date** |
|---|---|---|
| Supplements and revisions to April 2017 filings | July 21 | August 11 |
| All remaining pretrial motions and letters about any disputes related to supplements/revisions to April 2017 filings | July 28 | August 18 |
| Opposition briefs | August 4 | August 25 |
| Reply briefs | August 8 | August 29 |

We believe this schedule will accommodate the considerations discussed above and will not delay preparations for the October trial. We do not believe at this time that any other amendments to the schedule are required.

Counsel for Mr. Greebel has informed us that: "They take no position on the Government's request for a 3-week postponement of the pending July and August pretrial deadlines in the case. However, out of concern that there is sufficient time for the Court to consider their motions in limine, which will be significant and for which they will respectfully request oral argument in early September, they would object to a postponement longer than 2 weeks."

    Respectfully submitted,

    BRIDGET M. ROHDE
    Acting United States Attorney

By:   /s/
    Jacquelyn M. Kasulis
    Alixandra E. Smith
    David K. Kessler
    Assistant U.S. Attorneys
    (718) 254-6103/6370/7202

cc:    All counsel (via ECF)