**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Lisa H. Rubin
Direct: +1 212.351.2390
Fax: +1 212.716.0790
LRubin@gibsondunn.com

July 14, 2017

VIA ECF

The Honorable Kiyo Matsumoto
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Shkreli,* et al., 15 Cr. 637 (E.D.N.Y.)

Dear Judge Matsumoto:

I write on behalf of Evan Greebel to respectfully request that the Court allow Mr. Greebel to travel from the Southern District of New York to the District of Maine and all districts in between from July 23, 2017 to July 29, 2017 for family reasons. Pretrial services has no objection to this request, and the governmhent takes no position.

We thank the Court for its attention to this request.

Respectfully submitted,


*/s Lisa H. Rubin*
Lisa H. Rubin

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.