**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
**UNITED STATES OF AMERICA,**

        **Plaintiff**

        **-v-**                                          NOTICE OF APPEARANCE

**MARTIN SHKRELI**                          Docket No. 15 Cr 00637 (KAM)

        **Defendant,**

--------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Teny Geragos, Esq. of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, is appearing for the Defendant MARTIN SHKRELI in the above-captioned matter.

                                              /s/
                                              Teny Geragos, Esq.
                                              Brafman & Associates, P.C.
                                              767 Third Avenue, 26th Floor
                                              New York, New York 10017
                                              Phone: (212) 750-7800
                                              Fax: (212) 750-3906
                                              E-mail: tgeragos@braflaw.com

Dated:  New York, New York
            July 17, 2017