UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA,

    - against -

MARTIN SHKRELI,

    Defendant.

----------------------------------------X

ORDER

15-CR-637 (KAM)

MATSUMOTO, United States District Judge:

    It is ORDERED that the Court compensate the eighteen (18) empaneled jurors in the above-captioned case for their availability on July 20, 2017, at the daily juror fee rate of $50.

SO ORDERED.

Dated:   July 19, 2017
       Brooklyn, New York

                                        Hon. Kiyo A. Matsumoto
                                        United States District Judge