UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,

    - against -

MARTIN SHKRELI,

    Defendant.

------------------------------------X

ORDER

15-CR-637 (KAM)

**MATSUMOTO, United States District Judge:**

It is ORDERED that the Court compensate the seventeen (17) empaneled jurors in the above-captioned case for their availability on July 26, 2017, at the daily juror fee rate of $50.

**SO ORDERED.**

Dated:   July 26, 2017
           Brooklyn, New York

                                                    Hon. Kiyo A. Matsumoto
                                                    United States District Judge