SLR:LDM:CSK
F#2014R00501

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

MARTIN SHKRELI, et. al.

- - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

15-CR-637 (KAM)

       PLEASE TAKE NOTICE that Assistant United States Attorney Claire S. Kedeshian from this point forward will be an additional Assistant United States Attorney in the above-captioned action.

       All future correspondence to the United States in the above-captioned action should also be sent to:

       Assistant United States Attorney Claire S. Kedeshian
       United States Attorney's Office
       Civil Division, Asset Forfeiture Unit
       271 Cadman Plaza East, 7th Floor
       Brooklyn, New York 11201
       Tel: (718) 254-6051
       Fax: (718) 254-6081
       Email: claire.kedeshian@usdoj.gov

In addition, the Clerk of Court is respectfully requested to ensure that all future ECF notifications are also sent to Assistant United States Attorney Claire S. Kedeshian at the email address set forth above.

Dated:   Brooklyn, New York
         July 26, 2017

                                      Respectfully submitted,

                                      BRIDGET M. ROHDE
                                      Acting United States Attorney
                                      Eastern District of New York

By:  *Claire S. Kedeshian*
      _____
      Claire S. Kedeshian
      Assistant U.S. Attorney
      (718) 254-6051

cc: Clerk of Court