

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| GKS/AES<br>F. #2014R00501 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

July 27, 2017

By E-mail and ECF

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Martin Shkreli
                 Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

      The parties jointly request that the following instruction be added to the jury instructions for Count 8 within the "Securities Fraud" section, immediately after the third element of securities fraud and before the venue section.

      The term "affiliate" of an issuer under the law means a person that directly, or indirectly through one or more intermediaries controls, or is controlled by, or is under common control with, such issuer. Whether a person is an affiliate of Retrophin is a question of fact for the jury.

      Respectfully submitted,

      BRIDGET M. ROHDE
      Acting United States Attorney

By:   /s/
      Jacquelyn M. Kasulis
      Alixandra E. Smith
      G. Karthik Srinivasan
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of Court (KAM) (by ECF)
       Counsel for Shkreli (by ECF)