<u>**Verdict Sheet**</u>
<u>**July 28, 2017 Court Ex. 5A**</u>

<u>Verdict Sheet</u>

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
                                   :
UNITED STATES OF AMERICA,          :
                                   :
        -against-                  :
                                   :      10-CR-637 (KAM)
MARTIN SHKRELI,                    :
                                   :
        Defendant.                 :
-----------------------------------x
```

<u>**AS TO COUNT ONE**</u>
**(Conspiracy to Commit Securities Fraud)**

On the charge of conspiracy to commit securities fraud in connection with MSMB Capital in Count One, how do you unanimously find the defendant, MARTIN SHKRELI?

Guilty _____         Not Guilty _____

<u>**AS TO COUNT TWO**</u>
**(Conspiracy to Commit Wire Fraud)**

On the charge of conspiracy to commit wire fraud in connection with MSMB Capital in Count Two, how do you unanimously find the defendant, MARTIN SHKRELI?

Guilty _____         Not Guilty _____

<u>**AS TO COUNT THREE**</u>
**(Securities Fraud)**

On the charge of securities fraud in connection with MSMB Capital in Count Three, how do you unanimously find the

<u>**Verdict Sheet**</u>
<u>July 28, 2017 Court Ex. 5A</u>

defendant, MARTIN SHKRELI?

      Guilty _____        Not Guilty _____

### AS TO COUNT FOUR
**(Conspiracy to Commit Securities Fraud)**

On the charge of conspiracy to commit securities fraud in connection with MSMB Healthcare in Count Four, how do you unanimously find the defendant, MARTIN SHKRELI?

      Guilty _____        Not Guilty _____

### AS TO COUNT FIVE
**(Conspiracy to Commit Wire Fraud)**

On the charge of conspiracy to commit wire fraud in connection with MSMB Healthcare in Count Five, how do you unanimously find the defendant, MARTIN SHKRELI?

      Guilty _____        Not Guilty _____

### AS TO COUNT SIX
**(Securities Fraud)**

On the charge of securities fraud in connection with MSMB Healthcare in Count Six, how do you unanimously find the defendant, MARTIN SHKRELI?

      Guilty _____        Not Guilty _____

### AS TO COUNT SEVEN
**(Conspiracy to Commit Wire Fraud)**

On the charge of conspiracy to commit wire fraud in connection with Retrophin in Count Seven, how do you unanimously

<u>**Verdict Sheet**</u>
<u>**July 28, 2017 Court Ex. 5A**</u>

find the defendant, MARTIN SHKRELI?

    Guilty _____        Not Guilty _____

<u>**AS TO COUNT EIGHT**</u>
**(Conspiracy to Commit Securities Fraud)**

On the charge of conspiracy to commit securities fraud in connection with Retrophin in Count Eight, how do you unanimously find the defendant, MARTIN SHKRELI?

    Guilty _____        Not Guilty _____

**Dated:**  Brooklyn, New York
       July ____, 2017

                                      _____
                                      Jury Foreperson