

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMK/AES/GKS　　　　　　　　　　　　　*271 Cadman Plaza East*
F. #2014R00501　　　　　　　　　　　　*Brooklyn, New York 11201*

July 28, 2017

By E-mail and ECF

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　　　Re:　United States v. Martin Shkreli
　　　　　　　　　Criminal Docket No. 15-637 (KAM)

Dear Judge Matsumoto:

　　　　The parties respectfully submit this letter attaching as Exhibit A a copy of the redacted superseding indictment that the parties have agreed upon to be provided to the jury.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　BRIDGET M. ROHDE
　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　By:　　　/s/
　　　　　　　　　　　　　　　　　　Jacquelyn M. Kasulis
　　　　　　　　　　　　　　　　　　Alixandra E. Smith
　　　　　　　　　　　　　　　　　　G. Karthik Srinivasan
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorneys
　　　　　　　　　　　　　　　　　　(718) 254-7000

cc:　　Clerk of Court (KAM) (by ECF)
　　　　Counsel for Shkreli (by ECF)