UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                15-CR-637 (S-1) (KAM)

MARTIN SHKRELI and
EVAN GREEBEL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Assistant United States Attorney David C. Pitluck from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney David C. Pitluck
      United States Attorney's Office (Criminal Division)
      271 Cadman Plaza East, 5th Floor
      Brooklyn, New York 11201
      Tel:  (718) 254-6108
      Fax: (718) 254-7499
      Email: david.pitluck@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney David C. Pitluck at the email address set forth above.

Dated: Brooklyn, New York
August 11, 2017

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:   /s/ David C. Pitluck
David C. Pitluck
Assistant U.S. Attorney

cc: Clerk of the Court (KAM)