

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMK: AES
F. #2014R00501

271 Cadman Plaza East
Brooklyn, New York 11201

August 15, 2017

By ECF

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Martin Shkreli
     <u>Criminal Docket No. 15-637 (KAM)</u>

Dear Judge Matsumoto:

  The government respectfully submits this letter in response to the Court's order dated August 9, 2017, regarding the request by news organizations for the Court to disclose the names of the jurors in the above-captioned case. The government takes no position with respect to this request.

           Respectfully submitted,

           BRIDGET M. ROHDE
           Acting United States Attorney

    By:  /s/
           Jacquelyn M. Kasulis
           Alixandra E. Smith
           G. Karthik Srinivasan
           Assistant U.S. Attorneys
           (718) 254-7000